1

2  DAVID W. MÁRQUEZ
   ATTORNEY GENERAL

3

RECEIVED

MAY 2 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

4  Paula M. Jacobson
   Assistant Attorney General

5  Office of the Attorney General
   1031 W. 4th Ave., Suite 200

6  Anchorage, Alaska 99501

7  (907) 269-5190
   Attorney for Burns, Maile, Perdue, Smith, and

8  Thomson in their individual capacities

9            IN THE UNITED STATES DISTRICT COURT

10               FOR THE DISTRICT OF ALASKA

11

12  STEPHAN HANSELL, et.al.,                )
                                            )
13               Plaintiffs,                )
                                            )
14        v.                                )
                                            )    Case No. A03-0101 CV (RBB)
15  ANCHORAGE SCHOOL DISTRICT, et.al.,      )
                                            )
16               Defendants.                )
    _____)
17  ANCHORAGE SCHOOL DISTRICT,              )
                                            )
18               Third-Party Plaintiff,     )
                                            )
19        v.                                )
                                            )
20  JASON PRITCHARD,                        )
                                            )
21               Third-Party Defendant.     )
    _____)
22

23

24          **THE INDIVIDUAL API DEFENDANTS'**
     **MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

25        Drs. Burns, Maile, Smith, Thomson, and Karen Perdue (the Individual

26  API defendants) pursuant to Fed. R. Civ.P. 54(d)(2), Local Rule 54.3, and Alaska R.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Civ. P. 82(b)(2) and 79, hereby move this court for an award of attorney and paralegal fees and costs. This motion is based upon this Court's Entry of Final Judgment in favor of the Individual API defendants. This Motion is supported by the attached Memorandum, Affidavits, and exhibits, which state the fees and costs incurred in defending this action.

DATED this _22_ day of May 2006 at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
Paula M. Jacobson
Assistant Attorney General
ABA No. 9011101

This is to certify that on this date a copy of the foregoing was mailed to:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
U.S. Attorney's Office
222 West 7th Avenue, #9
Room 253
Anchorage, AK 99513-7567

Richard Weinig
800 East Dimond, Suite 3-615
Anchorage, AK 99515

James Wendt
Law Office of James Alan Wendt
425 G Street, Suite 610
Anchorage, AK 99501

_____    5/23/06
Law Office Assistant              Date

API Mtn for Award of Attorney's Fees and Costs
*Hansell v. ASD v. Pritchard*
A03-0101 CV (RRB)
Page 2 of 2

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100