DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
(907) 269-5190
Attorney for Burns, Maile, Perdue, Smith, and
Thomson in their individual capacities

RECEIVED
MAY 2 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STEPHAN HANSELL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) Case No. A03-0101 CV (JKS) <br> ANCHORAGE SCHOOL DISTRICT, et al., ) <br> ) <br> Defendants. ) <br> _____) <br> ANCHORAGE SCHOOL DISTRICT, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JASON PRITCHARD, ) <br> ) <br> Third-Party Defendant. ) <br> _____) | |

**INDIVIDUAL API DEFENDANTS' MEMORANDUM
IN SUPPORT OF MOTION FOR AWARD OF COSTS AND FEES**

Drs. Burns, Smith, Thompson, Maile, and Karen Perdue (the Individual API defendants) seek an award of fees and costs based on this Court's May 12, 2005 entry of Final Judgment.

The defendants request that they be awarded twenty percent (20%) of their actual, reasonable attorneys pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure, Local Rule 54.3 and Alaska R. Civ. P 82(b)(2).

Alaska R. Civ. P 82(b)(2) provides that where the prevailing party recovers no money judgment and the case is resolved without trial, as occurred here, the court shall award 20% of actual attorney fees necessarily incurred. The actual fees are also to include fees for legal work customarily performed by an attorney which was delegated to and performed by a paralegal. Submitted with this memorandum is an Affidavit of Counsel stating the time spent in defending this action. Actual attorney's fees are $78,900.00 and actual paralegal fees are $7,872.64. *See* attached Affidavits and Exhibits A and B.

In accordance with Alaska R. Civ. P. 82(b)(2), defendants request that this court award them 20% of their attorney's fees, which is $15,780.00 and 20% of their paralegal fees, which is $1,575.00. Defendants also request, pursuant to Alaska R. Civ. P. 79, that this court award them their total allowable costs are $7,422.55. *See* attached Affidavits and Exhibit C.

API Memo in Support of Mtn for Award of
Attorney's Fees and Costs
*Hansell v. ASD v. Pritchard*
A03-0101 CV (RRB)
Page 2 of 3

DATED this of 22 May 2006 at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: /s/
Paula M. Jacobson
Assistant Attorney General
ABA No. 9011101

This is to certify that on this date a copy of the foregoing was mailed to:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
U.S. Attorney's Office
222 West 7th Avenue, #9
Room 253
Anchorage, AK 99513-7567

Richard Weinig
800 East Dimond, Suite 3-615
Anchorage, AK 99515

James Wendt
Law Office of James Alan Wendt
425 G Street, Suite 610
Anchorage, AK 99501

Ana Vigil                          5/23/06
Law Office Assistant               Date

API Memo in Support of Mtn for Award of Attorney's Fees and Costs
*Hansell v. ASD v. Pritchard*
A03-0101 CV (RRB)
Page 3 of 3