DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
(907) 269-5190
Attorney for Burns, Maile, Perdue, Smith, and
Thomson in their individual capacities

RECEIVED
MAY 23 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STEPHAN HANSELL, et.al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. A03-0101 CV (RRB) |
| ) | |
| ANCHORAGE SCHOOL DISTRICT, et.al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ANCHORAGE SCHOOL DISTRICT, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JASON PRITCHARD, ) | |
| ) | |
| Third-Party Defendant. ) | |
| _____ ) | |

**THE INDIVIDUAL API DEFENDANTS'
MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO
ALLOW LATE FILING OF THEIR MOTION FOR AN AWARD
OF ATTORNEYS' FEES AND COSTS**

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Drs. Burns, Maile, Smith, Thomson, and Karen Perdue (the Individual API defendants) move this for an Order allowing them to file a late Motion for costs and fees in the above captioned action. This Motion is supported by the Affidavits of Patricia A. Anderson, a paralegal at the State of Alaska Attorney General's Office and Paula M. Jacobson, an attorney at the Attorney General's Office.

As stated in the attached Affidavits, the defendants were never served with the signed Final Judgment form. On April 18, 2006, a representative of the Attorney General's Office went to the U.S. District Court and found the signed Final Judgment form in the court file. The certificate of service did not indicate that the Attorney General's Office was served with the Final Judgment form.

For that reason, the defendants respectfully request that this court accept the late filed Motion for an Award of Costs and Fees and the supporting documentation submitted herewith.

DATED this 22 day of May 2006 at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: /s/

Paula M. Jacobson
Assistant Attorney General
ABA No. 9011101

API Mtn for Late Filing of Attorney's Fees and Costs
*Hansell v. ASD v. Pritchard*
A03-0101 CV (RRB)
Page 2 of 3

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | This is to certify that on this date a copy of the foregoing was mailed to: |
| 4 | |
| 5 | Daniel R. Cooper, Jr.<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>222 West 7th Avenue, #9<br>Room 253<br>Anchorage, AK 99513-7567 |
| 6 | |
| 7 | |
| 8 | Richard Weinig<br>800 East Dimond, Suite 3-615<br>Anchorage, AK 99515 |
| 9 | |
| 10 | James Wendt<br>Law Office of James Alan Wendt<br>425 G Street, Suite 610<br>Anchorage, AK 99501 |
| 11 | |
| 12 | _Ann Vigil_     5/23/06<br>Law Office Assistant        Date |

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

26  API Mtn for Late Filing of Attorney's Fees and Costs
*Hansell v. ASD v. Pritchard*
A03-0101 CV (RRB)
Page 3 of 3