DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
(907) 269-5190
Attorney for Burns, Maile, Perdue, Smith, and
Thomson in their individual capacities

RECEIVED
MAY 2 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STEPHAN HANSELL, et al.,            ) <br> ) <br> Plaintiffs,            ) <br> ) <br> v.            ) <br> ) <br> ANCHORAGE SCHOOL DISTRICT, et al.,  ) <br> ) <br> Defendants.            ) <br> _____) <br> ANCHORAGE SCHOOL DISTRICT,    ) <br> ) <br> Third-Party Plaintiff,            ) <br> ) <br> v.            ) <br> ) <br> JASON PRITCHARD,            ) <br> ) <br> Third-Party Defendant.            ) <br> _____) | Case No. A03-0101 CV (RBB) |

**AFFIDAVIT OF PATRICIA A. ANDERSON**

Patricia A. Anderson, being duly sworn, deposes and states:

1. I am a Paralegal II in the Tort and Worker's Compensation section of the State of Alaska Attorney General's Office. I have been working with the Assistant Attorney General assigned to this case.

2. On April 18, 2005 the Attorney General's Office filed a Motion for Entry of a Final Judgment and submitted a proposed Order in the above-captioned case.

3. On April 19, 2006, the Attorney General's Office realized that it had not received notice as to whether the Motion was granted and a final judgment entered in the above captioned case.

4. On April 19, 2006, I went to the U.S. District Court to review the court file on the above-referenced case to determine whether a Final Judgment in favor Drs. Burns, Maile, Smith, Thomson, and Karen Perdue (the Individual API defendants) had been entered.

5. In the court file, I found that a Final Judgment in favor of the Individual API defendants had been entered by the court on May 12, 2005.

6. The Attorney General's Office was not served with the Final Judgment and upon examination, I found that the Attorney General's Office is not included in the certificate of service on the Final Judgment Order.

DATED this _11_ day of May 2006 at Anchorage, Alaska.

Patricia A. Anderson

Affidavit of Patricia A. Anderson
*Hansell v. ASD v. Pritchard*
A03-0101 CV (RBB)
Page 2 of 3

Case 3:03-cv-00101-RRB    Document 248    Filed 05/24/2006    Page 3 of 3

SUBSCRIBED AND SWORN TO before me this 11th day of May, 2006.



<u>Ann Vigil</u>
NOARY PUBLIC in and for Alaska

My Commission Expires: 11/22/06

This is to certify that on this date a copy of the foregoing was mailed to:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
U.S. Attorney's Office
222 West 7th Avenue, #9
Room 253
Anchorage, AK  99513-7567

Richard Weinig
800 East Dimond, Suite 3-615
Anchorage, AK  99515

James Wendt
Law Office of James Alan Wendt
425 G Street, Suite 610
Anchorage, AK  99501

<u>Ann Vigil</u>            5/23/06
Law Office Assistant         Date

Affidavit of Patricia A. Anderson
*Hansell v. ASD v. Pritchard*
A03-0101 CV (RBB)
Page 3 of 3

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100