DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
(907) 269-5190
Attorney for Burns, Maile, Perdue, Smith, and
Thomson in their individual capacities

RECEIVED
MAY 2 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STEPHAN HANSELL, et.al., )
)
    Plaintiffs, )
)
v. )
) Case No. A03-0101 CV (RBB)
ANCHORAGE SCHOOL DISTRICT, et.al., )
)
    Defendants. )
_____)
ANCHORAGE SCHOOL DISTRICT, )
)
    Third-Party Plaintiff, )
)
v. )
)
JASON PRITCHARD, )
)
    Third-Party Defendant. )
_____)

**AFFIDAVIT OF PAULA M. JACOBSON
IN SUPPORT OF INDIVIDUAL API DEFENDANTS' LATE-FILED
MOTION FOR ATTORNEYS' FEES AND COSTS**

I, Paula M. Jacobson being first duly sworn, state as follows:

1. I am one of the Assistant Attorneys General (AAG) who represented Drs. Randall Burns, Lawrence Maile, Douglas Smith, Daniel Thomson and Karen Perdue ("the Individual API defendants") in this action. I am filing this Affidavit in support of the Individual API defendants Motion for fees and costs.

2. On April 18, 2005, the Individual API defendants filed a Motion and Memorandum in Support of a Motion for Entry of a final Judgment and submitted an Order in the above captioned case.

3. On April 19, 2006, the Attorney General's Office realized that it had not received notice that a Final Judgment in favor of the Individual API defendants had been entered in the above-captioned case.

4. Patricia A. Anderson, a Paralegal in the Attorney General's Office, went to U.S. District Court to review the court file to determine whether a Final Judgment in favor of the Individual API defendants had been entered. She found a Final Judgment that had been entered by the court on May 12, 2005. The certificate of service did not show that the Final Judgment had been served on the Attorney General's Office or the Individual API defendants at the time that it was served on the other parties. As a result, the Individual API defendants have filed a Motion to Allow Late Filing of their Motion for an Award of Attorney's Fees and Costs, filed herewith.

5. The fees and costs incurred in defending against the plaintiff's claims are set forth in Exhibits A, B, and C, which are attached hereto.

Affidavit of Paula M. Jacobson in Support of Individual API Defendants'
Late-Filed Motion for Attorney's Fees and Costs
*Hansell v ASD v Pritchard*
A03-0101 CV (RBB)
Page 2 of 5

6. Exhibit A is an itemized list of the attorneys' fees incurred. Exhibit A contains the following information: the date of service, a description of the work accomplished, the identity of the individual who performed the work, and the time expended in performing the work.

7. I have reviewed Exhibit A and checked it for accuracy and I conclude that it is an accurate listing of the work performed and the time expended in performing that work. I have concluded that the time listed in Exhibit A was necessarily spent defending this case.

8. Assistant Attorneys General Gail T. Voigtlander, Jason Mogel, Stephanie Galbraith, and Paula Jacobson worked on this case.

9. The State of Alaska Department of Law billing rate for AAG Gail V. Voigtlander, AAG Stephanie Galbraith, and AAG Paula Jacobson is $150/hr.

10. The State of Alaska Department of Law billing rate for AAG Jason Mogel is $125/hr.

11. The total attorney time spent on defending this case was 591.1 hours. The total cost of defense by the State attorneys is $78,900.00.

12. Exhibit B is an itemized list of paralegals' fees incurred. Exhibit B contains the following information: the date of service, a description of the work accomplished, the identity of the individual who performed and time expended in performing that work.

Affidavit of Paula M. Jacobson in Support of Individual API Defendants'
Late-Filed Motion for Attorney's Fees and Costs
*Hansell v ASD v Pritchard*
A03-0101 CV (RBB)
Page 3 of 5

13.   I have reviewed Exhibit B and checked it for accuracy, and I conclude that it is an accurate listing of the work performed and the time expended in performing that work. I have concluded that the time listed in Exhibit A was necessarily spent in defending this case.

14.   Paralegals Patricia Anderson, Joanne Young, and Kimberly Halstead worked on this case. The billing rate for Department of Law paralegals in 2002 was $74.26/hr.; in 2003 it was $74.39/hr.; in 2004 it was $73.08/hr; and in 2005 it was $77.93/hr. These billing rates are reflected in Exhibit B.

15.   The total Paralegal time spent working on this case was 141.7 hours. The total actual cost of paralegal time was $7,872.64.

16.   Exhibit C is an itemized list of the costs incurred in defending this action. The actual costs incurred in this action are $7,422.55.

17.   I have reviewed Exhibit C and checked it for accuracy. I have concluded that Exhibit C is accurate and that the costs incurred were reasonable and necessary.

DATED this ____ day of May 2006 at Anchorage, Alaska.

_____
Paula M. Jacobson

Affidavit of Paula M. Jacobson in Support of Individual API Defendants'
Late-Filed Motion for Attorney's Fees and Costs
*Hansell v API v Pritchard*
A03-0101 CV (RBB)
Page 4 of 5

SUBSCRIBED AND SWORN to before me this 9th day of May, 2006, at Anchorage, Alaska.

*[Notary Seal: Ann Vigil, Notary Public, State of Alaska]*

Ann Vigil
Notary Public in and for Alaska
My commission expires: 11/22/06

This is to certify that on this date a copy of the foregoing was mailed to:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
U.S. Attorney's Office
222 West 7th Avenue, #9
Room 253
Anchorage, AK 99513-7567

Richard Weinig
800 East Dimond, Suite 3-615
Anchorage, AK 99515

James Wendt
Law Office of James Alan Wendt
425 G Street, Suite 610
Anchorage, AK 99501

Ann Vigil                                  5/23/06
Law Office Assistant                       Date

Affidavit of Paula M. Jacobson in Support of Individual API Defendants'
Late-Filed Motion for Attorney's Fees and Costs
*Hansell v ASD v Pritchard*
A03-0101 CV (RBB)
Page 5 of 5

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100