Hansell v. Muni ASD

Exhibit A
Attorney Fees

| ATTY NO. | DATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| GALBRAITH | | | | |
| 2583 | 8/31/2004 | 1.2 | $180.00 | REASEARCH ISSUE FOR GV |
| TOTALS | | 1.2 | $180.00 | |
| JACOBSON | | | | |
| 2588 | 11/2/2004 | 7.5 | $1,125.00 | REVIEW OF ENTIRE FILE; REVIEW STATUS AND DEADLINES |
| 2588 | 11/4/2004 | 0.3 | $45.00 | TCON W/ BRAD OWENS RE. DISCOVERY ISSUES |
| 2588 | 11/22/2004 | 5 | $750.00 | REVIEW DISCOVERY, REVIEW NOTES REGARDING WITNESSES |
| 2588 | 12/10/2004 | 2.5 | $375.00 | REVIEW PLEADINGS |
| 2588 | 12/15/2004 | 2 | $300.00 | REVIEW OF MOTIONS |
| 2588 | 12/16/2004 | 4 | $600.00 | REVIEW DOCUMENTS |
| 2588 | 12/17/2004 | 3.5 | $525.00 | WRITE PLEADING RE DISMISSAL OF 3RD AMENDED COMPLAINT |
| 2588 | 12/17/2004 | 3 | $450.00 | PREPARE PLEADING RE STATUS OF 3RD AMENDED COMPLAINT |
| 2588 | 12/20/2004 | 1 | $150.00 | REVIEW OLD PLEADINGS IN FILE |
| 2588 | 1/10/2005 | 2 | $300.00 | PREPARE OPPOSITION TO MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION |
| 2588 | 1/11/2005 | 2 | $300.00 | FINISH OPPOSITION TO MOTION FOR EXTENSION |
| 2588 | 1/17/2005 | 2 | $300.00 | REVIEWED ASDS MOTION AND WRITE JOINDER |
| 2588 | 1/18/2005 | 2 | $300.00 | REVIEW ASD MOTION TO EXCLUDE, WRITE JOINDER MOTION |
| 2588 | 1/19/2005 | 1 | $150.00 | BEGIN REVIEW OF MATERIALS SUBMITTED TO COURT BY OTHER DEFENDANT |
| 2588 | 1/20/2005 | 1.5 | $225.00 | REVIEW CO DEF'S MSJ |
| TOTALS | | 39.3 | $5,895.00 | |
| VOIGTLANDER | | | | |
| 2814 | 4/16/2002 | 0.5 | $75.00 | LETTER TO COUNSEL RESPONDING TO BRAD OWENS LETTER |
| 2814 | 4/22/2002 | 2 | $300.00 | REVIEW API SUMMARY / CHRON |
| 2814 | 4/23/2002 | 6.5 | $975.00 | ORGANIZE APD MATERIALS AND START REVIEW |
| 2814 | 4/24/2002 | 0.5 | $75.00 | TCON BRAD O RE. THE CASE |
| 2814 | 4/24/2002 | 1.5 | $225.00 | CONTINUE REVIEW HANSELL DOCS |
| 2814 | 4/25/2002 | 2.5 | $375.00 | TVL TO/FROM, DEPO BIROTTE, MTG OF PARTIES |
| 2814 | 4/29/2002 | 2.5 | $375.00 | ATTEND SENTENCING OF PRITCHARD |
| 2814 | 5/3/2002 | 2 | $300.00 | BEGIN WORK TO DRAFT ANSWER |
| 2814 | 5/6/2002 | 2.5 | $375.00 | WORK ON ANSWER, REQUESTS FOR DISCOVERY, WRITE COVER LETTER, CHECK CT FILE, TCON TO B. OWENS OFFICE RE. STATUS OF 3RD PARTY COMPLAINT |
| 2814 | 5/9/2002 | 1 | $150.00 | TCON BOOKMAN, REVIEW DRAFTS, EDIT, FAX |
| 2814 | 5/16/2002 | 0.2 | $30.00 | RE. STIP TO RELEASE RECORDS |
| 2814 | 5/22/2002 | 4.3 | $645.00 | REVIEW API FILES |
| 2814 | 5/22/2002 | 0.3 | $45.00 | T/C NAVE RE. MED. EXPERT PANEL AND DISCOVERY ISSUES |
| 2814 | 5/23/2002 | 2.5 | $375.00 | REVIEW DAO FILES AND FOLLOW UP |
| 2814 | 5/24/2002 | 2.5 | $375.00 | TO API AND RETURN FOR CF W/ DR. KLETTI |

Hansell v. Muni ASD

Exhibit A
Attorney Fees

| | | | | |
|---|---|---|---|---|
| 2814 | 6/3/2002 | 0.3 | $45.00 | CF W/ PA RE. DOCS |
| 2814 | 6/4/2002 | 1 | $150.00 | TCON MIKE NAVE RE. STATUS AND FOLLOW UP; BEGIN REVIEW OF ACMHS INITIAL DISCLOSURES |
| 2814 | 6/5/2002 | 1.5 | $225.00 | CONTINUE REVIEW OF INITIAL DISCLOSURES FROM ACMHS, TCON WENDT'S OFFICE RE. STATUS OF PRETRIAL CONF., PULL PLDG IN HARTMAN RE. ALLOCTN TO 3RD PARTY |
| 2814 | 6/5/2002 | 1 | $150.00 | COMPLETE GOING THROUGH ACMHS INITIAL DISCLOSURES |
| 2814 | 6/5/2002 | 0.1 | $15.00 | TCON MIKE NAVE RE. GBMI CONVICTION / RE. PL'S MTN FOR APPOINTMENT OF GAL |
| 2814 | 6/6/2002 | 1 | $150.00 | REVIEW PL'S INITIAL DISCLOSURES; RSCH TITLE 47 DEFINITIONS/STANDARDS; TITLE 12 GBMI |
| 2814 | 6/7/2002 | 5.6 | $840.00 | RSCH RE. EFFECT OF GBMI RE. ALLOCATION OF FAULT; RSCH RE.GUARDIANSHIPS / INCOMPETENCY / INCAPACITY; CFS RE. SAME W/ SG AND JM; BEGIN RESPONSE TO PL'S MTN RE. INCOMPETNCY OF PRITCHARD. |
| 2814 | 6/10/2002 | 1.5 | $225.00 | CONTINUE WORK ON RESPONSE RE. PL'S MTN FOR GUARDIAN |
| 2814 | 6/11/2002 | 0.5 | $75.00 | CONTINUE WORK ON DRFT RESPONSE TO PL'S MTN RE. COMPETENCY; TCON A. BACHMAN RE. ISSUE OF WHETHER CRIMINAL APPEAL |
| 2814 | 6/12/2002 | 5 | $750.00 | FINALIZE RESPONSE TO PL'S MTN RE. GUARDIAN, TC NAVE RE SAME, REVIEW ASD'S INITIAL DISCLOSURES, BEGIN DRFT API'S INITIAL DISCLOSURES |
| 2814 | 6/13/2002 | 4.5 | $675.00 | CONTINUE REVIEW OF RECORDS; FINALIZE INITIAL DISCLOSURES; TCONS AND EMAILS RE. STATUS OF API DOCS AND STATUS OF CT ORDER |
| 2814 | 6/14/2002 | 1 | $150.00 | FINALIZE API INITIAL DISCLOSURES; TCON BRAD OWENS RE. ASD DISCLOSURES AND CT ORDER |
| 2814 | 6/17/2002 | 0.5 | $75.00 | RETURN ACMHS COPIES TO THEM |
| 2814 | 6/26/2002 | 0.6 | $90.00 | PREP FOR AND ATTEND TRIAL SETTING CONF. |
| 2814 | 7/5/2002 | 0.5 | $75.00 | REVIEW 6TH CIR. CASE RE. IMMUNITY FOR FAILURE TO KEEP MENTAL PATIENT |
| 2814 | 7/18/2002 | 1.2 | $180.00 | ATTEND STATUS CF AND PREP/FOLLOW UP |
| 2814 | 7/19/2002 | 4.3 | $645.00 | WORK ON AMENDED ANSWER TO COMPLAINT |
| 2814 | 7/22/2002 | 2.5 | $375.00 | REVISE AMENDED ANSWER |
| 2814 | 7/24/2002 | 0.3 | $45.00 | REVIEW EDITS RE. AMENDED ANSWER, TCON /FAX TO DR. KLETTI |
| 2814 | 7/25/2002 | 0.1 | $15.00 | REVIEW AND FOLLOW UP ON ORDERS |
| 2814 | 7/25/2002 | 0.3 | $45.00 | REVIEW KLETTI EMAIL AND FOLLOW UP W/ JM |
| 2814 | 7/26/2002 | 1 | $150.00 | WORK ON ANSWER IN BROWN AND AM. ANSWER IN HANSELL; CF W/ PA RE. WITNESS LIST AND FOLLOW UP |
| 2814 | 7/30/2002 | 0.5 | $75.00 | FINALIZE ANSWER AND AM. ANSWER |
| 2814 | 7/31/2002 | 0.3 | $45.00 | CF W/ JM RE. DUTY ISSUE |
| 2814 | 8/1/2002 | 0.5 | $75.00 | CONTINUE WORK FOR PRELIM WITNESS LIST; LEFT RETURN MESSAGE FOR STEVE |
| 2814 | 8/2/2002 | 2 | $300.00 | FINALIZE PRELIM WITNESS LIST, DFT ORDER RE. DISCLOSURES |
| 2814 | 8/7/2002 | 0.3 | $45.00 | TCON NAVE |
| 2814 | 8/9/2002 | 2 | $300.00 | WORK ON STIP IN HANSELL RE. 3RD PARTY DISCOVERY; REVIEW INCOMING PRELIM LIST ACMHS, TCON NAVE |
| 2814 | 8/13/2002 | 5 | $750.00 | WORK ON AMENDING INITIAL DISCLOSURES, INTERROGATORIES IN HANSELL |
| 2814 | 8/14/2002 | 1 | $150.00 | FOLLOW UP RSCH RE. AS 47.30.815(B) |
| 2814 | 8/15/2002 | 1 | $150.00 | CONTINUE WORK ON INITIAL DISCLOSURES; LETTER TO COUNSEL RE PROPOSED ORDER TO CIRCULATE |
| 2814 | 8/22/2002 | 0.3 | $45.00 | INITIAL DISCLOSURES |
| 2814 | 8/29/2002 | 0.5 | $75.00 | SUPPLEMENT DISCO RESPONSES; LETTER TO COUNSEL RE. PENDING ORDER |

2



Exhibit A
Page 2 of 9

*Hansell v. Muni ASD*

Exhibit A
Attorney Fees

| | | | | |
|---|---|---|---|---|
| 2814 | 9/5/2002 | 1 | $150.00 | RE. INITIAL DISCLOSURES, INTERROGS, CT. ORDER |
| 2814 | 10/4/2002 | 0.3 | $45.00 | RE. POSSIBLE EXPERT |
| 2814 | 10/10/2002 | 0.5 | $75.00 | RE. DEPOS, CFS W/ JM RE. DEADLINES, EMAIL FOR EXPERT |
| 2814 | 10/11/2002 | 0.1 | $15.00 | RE. DISCOVERY |
| 2814 | 11/1/2002 | 1 | $150.00 | REVIEW ACMHS SUMMARY JUDGMENT MOTION |
| 2814 | 11/7/2002 | 1.5 | $225.00 | MTG W/ EXPERT AND PREP FOR MTG |
| 2814 | 11/22/2002 | 0.3 | $45.00 | RSCHING MISSING DISCO REQUEST |
| 2814 | 11/24/2002 | 0.5 | $75.00 | REVIEW RSCH ON DUTY |
| 2814 | 11/27/2002 | 0.3 | $45.00 | DISCOVERY |
| 2814 | 12/2/2002 | 0.5 | $75.00 | REVIEW OF PL'S OPP TO SJ MTN OF ACMHS |
| 2814 | 12/19/2002 | 0.3 | $45.00 | REVIEW OUTLINE FOR MSJ |
| 2814 | 12/31/2002 | 1 | $150.00 | RE. PRODUCTION OF RECORDS ISSUES, TCON TO API |
| 2814 | 1/31/2003 | 2.1 | $315.00 | ATTEND ORAL ARG AND DEAL W/ DAILY PRESS QUERY |
| 2814 | 2/3/2003 | 0.3 | $45.00 | PRESS QUERY |
| 2814 | 2/5/2003 | 0.5 | $75.00 | RE. MTN FOR SJ |
| 2814 | 2/10/2003 | 0.5 | $75.00 | REVIEW DISCO RESPONSES BY PLAINTIFF |
| 2814 | 2/12/2003 | 0.3 | $45.00 | BRIEFLY REVIEW AMENDMENT TO COMPLAINT |
| 2814 | 2/13/2003 | 1 | $150.00 | CF W/ JM RE. AM. COMPLAINT; TCON RANDALL BURNS |
| 2814 | 2/20/2003 | 0.2 | $30.00 | INCOMING DOCS REVIEW |
| 2814 | 3/5/2003 | 0.3 | $45.00 | REVIEW TRANSCRIPT OF MANNEN DEPO |
| 2814 | 3/11/2003 | 0.5 | $75.00 | RE. MTN SJ AND FOLLOW UP RE. KLETTI AS EXPERT |
| 2814 | 3/11/2003 | 0.5 | $75.00 | REVIEW ACMHS MOTION; TC APD |
| 2814 | 3/12/2003 | 1.3 | $195.00 | TO APD TO REVIEW APD REPORTS ON PRITCHARD FOR LAST 10 YEARS |
| 2814 | 3/13/2003 | 0.3 | $45.00 | FOLLOW UP RE. APD REPORTS |
| 2814 | 3/20/2003 | 0.3 | $45.00 | RE. DEPOS |
| 2814 | 3/26/2003 | 0.2 | $30.00 | REVIEW PROBATE COURT DOCS |
| 2814 | 3/27/2003 | 0.3 | $45.00 | TC NAVE RE. DEADLINES, ETC |
| 2814 | 3/28/2003 | 0.3 | $45.00 | RE. EXPERTS |
| 2814 | 4/3/2003 | 0.5 | $75.00 | TC BODICK RE. DOC DOCS REQUEST |
| 2814 | 4/9/2003 | 0.3 | $45.00 | CF W/ PA RE. STATUS OF CASE |
| 2814 | 4/14/2003 | 0.2 | $30.00 | REVIEW AM. ANSWER |
| 2814 | 4/23/2003 | 1 | $150.00 | CF RE. STATUS OF CASE, EXPERTS, ETC. W/ OTHER DEF. COUNSEL |
| 2814 | 4/28/2003 | 0.5 | $75.00 | REVIEW SJ MTN AND PAULEY CASE |
| 2814 | 5/6/2003 | 1 | $150.00 | CF W/ DR. KLETTI AND FOLLOW UP |
| 2814 | 5/8/2003 | 0.1 | $15.00 | REVIEW PL'S DISCO RESPONSES |
| 2814 | 5/22/2003 | 0.5 | $75.00 | RE. REMOVAL TO FEDERAL COURT |
| 2814 | 6/17/2003 | 4.5 | $675.00 | RSCH AND DRFT MTN TO DISMISS FOR FED CT |
| 2814 | 6/19/2003 | 2 | $300.00 | COMPLETE DRAFTING AND RSCHING MTN TO DISMISS |
| 2814 | 7/13/2003 | 0.4 | $60.00 | REVIEWING INCOMING |
| 2814 | 7/14/2003 | 0.3 | $45.00 | REVIEW INCOMING |
| 2814 | 7/28/2003 | 2.5 | $375.00 | RSCH AND DFT REPLY ON MTN TO DISMISS; TC NAVE |
| 2814 | 8/1/2003 | 3 | $450.00 | RSCH REMAND ISSUE TO STATE COURT VS. DISMISSAL, DRAFT PLEADINGS IN RESPONSE TO MTNS BY PLAINTIFF |
| 2814 | 9/19/2003 | 2 | $300.00 | PREP FOR AND ATTEND STATUS CF IN FED CT |
| 2814 | 9/25/2003 | 1.5 | $225.00 | REVIEW ORDERS, OPP TO ACMHS SJ MTN |
| 2814 | 9/26/2003 | 1.1 | $165.00 | REVIEW PL'S MTN RE EXPERT DEPO; CF W/ JM RE. STATUS LETTER TO CLIENTS |
| 2814 | 9/29/2003 | 4 | $600.00 | PREP AND ATTEND DEPOS |

3



Exhibit A
Page 3 of 9

*Hansell v. Muni ASD*

Exhibit A
Attorney Fees

| | | | | |
|---|---|---|---|---|
| 2814 | 9/30/2003 | 3.8 | $570.00 | ATTEND DEPOS |
| 2814 | 10/3/2003 | 0.3 | $45.00 | TCON WENDT RE. DEPOSING SPERBECK AND FOLLOW UP |
| 2814 | 10/8/2003 | 2 | $300.00 | CF W/ DR. SPERBECK.; TVL TO/FROM CF |
| 2814 | 10/15/2003 | 0.3 | $45.00 | TC DISTRICT CT AND REVIEW OUR RESPONSE |
| 2814 | 10/22/2003 | 0.5 | $75.00 | REVIEW ACMHS REPLY |
| 2814 | 10/27/2003 | 0.3 | $45.00 | REVIEW OPP TO ASD MTN SJ |
| 2814 | 11/5/2003 | 0.8 | $120.00 | REVIEW ANC. SCHOOL DISTR REPLY; REVIEW PAULEY CASE CITED |
| 2814 | 11/7/2003 | 1.5 | $225.00 | PREP FOR AND TELCONF W/ EXPERTS |
| 2814 | 11/25/2003 | 0.3 | $45.00 | REVIEW ACMHS REPLY MTN TO STRIKE WITNESS DR. BLOOM |
| 2814 | 12/26/2003 | 1 | $150.00 | RED LAW REVIEW ARTICLE RE. LIABILITY MENTAL HEALTH TX |
| 2814 | 4/9/2004 | 1 | $150.00 | PRETRIAL SCHEDULE MATTERS |
| 2814 | 4/19/2004 | 0.3 | $45.00 | REVIEW DR. KLETTI'S AFFIDAVIT |
| 2814 | 5/13/2004 | 1.5 | $225.00 | CF W/ AAG, JM RE. MTN TO AMEND COMPLAINT; FINALIZE REVW OF OUR DFT SJ MOTION |
| 2814 | 5/20/2004 | 1 | $150.00 | REVIEW AS MSJ |
| 2814 | 5/24/2004 | 0.8 | $120.00 | NEW ASD MTNSJ, RE. OPP MTN TO AMEND COMPLAINT |
| 2814 | 5/27/2004 | 0.2 | $30.00 | INCOMING |
| 2814 | 6/9/2004 | 1 | $150.00 | RE. ORDER AMENDED COMPLAIN AND INCOMING LETTERS FROM COUNSEL |
| 2814 | 6/10/2004 | 2.1 | $315.00 | RESEARCH ON "RELATION BACK" OF AMENDMENTS TO PLEADINGS UNDER FEDERAL RULES / LAW |
| 2814 | 6/11/2004 | 4.5 | $675.00 | PREPARE MTN TO DISMISS INDVL DEFS; MTN TO DISMISS STATE |
| 2814 | 6/14/2004 | 0.3 | $45.00 | FINAL MTNS TO DISMISS |
| 2814 | 6/18/2004 | 0.3 | $45.00 | OPP TO 56 F MTN |
| 2814 | 6/25/2004 | 0.3 | $45.00 | PLAINTIFF'S OPP TO ASD MSJ MTN - REVIEW |
| 2814 | 6/30/2004 | 0.3 | $45.00 | NEW PRETRIAL ORDER |
| 2814 | 7/15/2004 | 0.1 | $15.00 | REVIEW INCOMING ORDER |
| 2814 | 7/27/2004 | 2.5 | $375.00 | ORGANIZE ALL INCOMING MATERIALS / REVIEW / ASCERTAIN STATUS |
| 2814 | 8/30/2004 | 1 | $150.00 | REVIEW ORDERS FROM CT |
| 2814 | 8/31/2004 | 5.2 | $780.00 | WORK ON MTN FOR RECONSIDERATION (DISCOVERY ISSUE) |
| 2814 | 9/1/2004 | 4 | $600.00 | FINALIZE MTN FOR RECONSIDERATION RE. DISCOVERY ISSUE |
| 2814 | 9/3/2004 | 0.4 | $60.00 | CF W/ DK RE. DUTY RULING J. BEISTLINE |
| 2814 | 9/3/2004 | 0.5 | $75.00 | EMAILS RE. DEPO OF EXPERT |
| 2814 | 9/7/2004 | 0.1 | $15.00 | RE. HANSELL ORDER RE. DEF'S MTN FOR RECONSIDERATION |
| 2814 | 9/17/2004 | 0.1 | $15.00 | PL'S RESPONSE TO DEF'S MTN FOR RECONSIDERATION |
| 2814 | 9/29/2004 | 0.3 | $45.00 | FOLLOW UP RE. OPP TO STATE DEF SJ MTN?? |
| 2814 | 11/5/2004 | 0.3 | $45.00 | CF W/ PAULA J FOR TRANSITIONING |
| 2814 | 12/28/2004 | 0.5 | $75.00 | REVIEW ORDER AND MTN FOR RECONSIDERATION RE. STATE DEFS MSJ |
| TOTALS | | 160 | $24,000.00 | |
| MOGEL | | | | |
| 2960 | 2/1/2002 | 1 | $125.00 | CONFER WITH G. VOIGTLANDER; REVIEW COMPLAINT. |
| 2960 | 2/4/2002 | 2.3 | $287.50 | REVIEW FILES; REVIEW INVOLUNTARY COMMITMENT STATUTES. |
| 2960 | 5/24/2002 | 4 | $500.00 | MEET WITH DR. KLETTI AND G. VOIGTLANDER; RESEARCH REGARDING INVOLUNTARY COMMITMENT. |
| 2960 | 5/28/2002 | 2 | $250.00 | RESEARCH REGARDING INVOLUNTARY COMMITTMENT. |
| 2960 | 6/4/2002 | 1 | $125.00 | RESEARCH REGARDING INVOLUNTARY COMMITMENT. |

4

Exhibit ___A___
Page ___4___ of ___9___

Hansell v. Muni ASD

Exhibit A
Attorney Fees

| | | | | |
|---|---|---|---|---|
| 2960 | 6/18/2002 | 1 | $125.00 | RESEARCH REGARDING CAUSATION. |
| 2960 | 6/19/2002 | 2 | $250.00 | RESEARCH INVOLUNTARY COMMITMENT. |
| 2960 | 6/27/2002 | 1 | $125.00 | RESEARCH INVOLUNTARY COMMITMENT. |
| 2960 | 6/28/2002 | 1 | $125.00 | REVIEW INVOLUNTARY COMMITMENT CASES. |
| 2960 | 7/2/2002 | 1.5 | $187.50 | REVIEW INVOLUNTARY COMMITMENT CASES. |
| 2960 | 7/3/2002 | 2 | $250.00 | REVIEW INVOLUNTARY COMMITMENT CASES. |
| 2960 | 7/11/2002 | 1 | $125.00 | REVIEW DOCUMENTS. |
| 2960 | 7/16/2002 | 0.5 | $62.50 | REVIEW MOTION TO CONSOLIDATE; CONFER WITH G. VOIGTLANDER REGARDING GOING FORWARD. |
| 2960 | 7/18/2002 | 1.5 | $187.50 | ATTEND COURT CONFERENCE; CONFER WITH G. VOIGTLANDER REGARDING GOING FORWARD. |
| 2960 | 7/22/2002 | 6.5 | $812.50 | RESEARCH FOR SUMMARY JUDGMENT; REVIEW DOCUMENTS. |
| 2960 | 7/23/2002 | 7 | $875.00 | READ INVOLUNTARY COMMITMENT CASES; REVIEW ANSWER. |
| 2960 | 7/24/2002 | 7.5 | $937.50 | RESEARCH REGARDING INVOLUNTARY COMMITMENT; REVIEW POLICE REPORTS AND WITNESS INTERVIEWS. |
| 2960 | 7/25/2002 | 7.5 | $937.50 | REVIEW J. PRITCHARD MEDICAL FILES; CONFER WITH G. VOIGTLANDER. |
| 2960 | 7/26/2002 | 6.5 | $812.50 | REVIEW J. PRITCHARD MEDICAL FILES; RESEARCH REGARDING DUTY/IMMUNITY; CONFER WITH P. ANDERSON REGARDING ORGANIZATIONAL ISSUES. |
| 2960 | 7/29/2002 | 4 | $500.00 | READ DUTY/IMMUNITY CASES. |
| 2960 | 7/30/2002 | 2.5 | $312.50 | READ DUTY/IMMUNITY CASES. |
| 2960 | 7/31/2002 | 7 | $875.00 | READ DUTY/IMMUNITY CASES; CONFER WITH G. VOIGTLANDER. |
| 2960 | 8/2/2002 | 1.5 | $187.50 | READ DUTY/IMMUNITY CASES. |
| 2960 | 8/15/2002 | 0.5 | $62.50 | CONFER WITH G. VOIGTLANDER REGARDING RESEARCH; REVIEW PLEADINGS. |
| 2960 | 8/27/2002 | 2.8 | $350.00 | REVIEW NEGLIGENT TREATMENT/RELEASE CASES. |
| 2960 | 9/11/2002 | 0.5 | $62.50 | RESEARCH REGARDING DUTY/IMMUNITY. |
| 2960 | 10/10/2002 | 0.5 | $62.50 | CONFER WITH G. VOIGTLANDER; TELEPHONE CALLS WITH S. BOOKMAN. |
| 2960 | 10/14/2002 | 0.5 | $62.50 | REVIEW DISCOVERY; DRAFT LETTER TO S. BOOKMAN REGARDING RECORDS DEPOSITION. |
| 2960 | 10/15/2002 | 1.5 | $187.50 | RESEARCH MENTAL HEALTH LAW. |
| 2960 | 10/16/2002 | 2 | $250.00 | RESEARCH MENTAL HEALTH LAW. |
| 2960 | 10/21/2002 | 2 | $250.00 | RESEARCH NEGLIGENT RELEASE OF MENTAL PATIENT. |
| 2960 | 11/4/2002 | 1.5 | $187.50 | RESEARCH ACMHS MOTION FOR SUMMARY JUDGMENT. |
| 2960 | 11/5/2002 | 2 | $250.00 | REVIEW ACMHS DISCOVERY RESPONSES; RESEARCH. |
| 2960 | 11/6/2002 | 4 | $500.00 | REVIEW DOCUMENTS; RESEARCH. |
| 2960 | 11/7/2002 | 4.5 | $562.50 | REVIEW DOCUMENTS TO PREPARE FOR CONFERENCE CALL; CONFER WITH G. VOIGTLANDER; CONFERENCE CALL WITH DR. R. SHOUTEN, DR. N. KLETTI AND G. VOIGTLANDER. |
| 2960 | 11/8/2002 | 2.5 | $312.50 | REVIEW DOCUMENTS. |
| 2960 | 11/12/2002 | 0.5 | $62.50 | REVIEW DISCOVERY REQUESTS. |
| 2960 | 11/13/2002 | 3 | $375.00 | RESEARCH MEDICAL MALPRACTICE STANDARDS. |
| 2960 | 11/14/2002 | 2.5 | $312.50 | RESEARCH MEDICAL MALPRACTICE SUMMARY JUDGMENT STANDARDS. |
| 2960 | 11/18/2002 | 4.5 | $562.50 | REVIEW ACMHS MOTION FOR SUMMARY JUDGMENT AND RESPOND TO SAME; REVIEW HOMER MENTAL HEALTH DOCUMENTS. |
| 2960 | 11/22/2002 | 2 | $250.00 | REVIEW DOCUMENT REQUEST DIRECTED TO API; REVIEW DOCUMENTS. |
| 2960 | 11/25/2002 | 7.5 | $937.50 | CONFER WITH P. ANDERSON REGARDING DOCUMENT PRODUCTION;REVIEW DOCUMENTS. |
| 2960 | 11/26/2002 | 7.5 | $937.50 | TRAVEL TO API AND MEET WITH D. BOOTH REGARDING DOCUMENTCOLLECTION; REVIEW DOCUMENTS. |

5



Exhibit ___A___
Page ___5___ of ___9___

*Hansell v. Muni ASD*

Exhibit A
Attorney Fees

| | | | | |
|---|---|---|---|---|
| 2960 | 11/27/2002 | 7 | $875.00 | REVIEW J. PRITCHARD TREATMENT RECORDS; REVIEW PLAINTIFF/OPPOSITION TO ACMHS MOTION FOR SUMMARY JUDGMENT. |
| 2960 | 12/2/2002 | 7 | $875.00 | REVIEW J. PRITCHARD TREATMENT RECORDS. |
| 2960 | 12/3/2002 | 7.5 | $937.50 | REVIEW J. PRITCHARD TREATMENT RECORDS. |
| 2960 | 12/5/2002 | 5 | $625.00 | REVIEW J. PRITCHARD TREATMENT RECORDS. |
| 2960 | 12/6/2002 | 2 | $250.00 | DRAFT SUMMARY JUDGMENT OUTLINE. |
| 2960 | 12/10/2002 | 1.5 | $187.50 | REVIEW ACMHS REPLY TO SUMMARY JUDGMENT; DRAFT SUMMARY JUDGMENT OUTLINE. |
| 2960 | 12/11/2002 | 7.5 | $937.50 | DRAFT OUTLINE TO SUMMARY JUDGMENT MOTION; RESEARCH FOR SUMMARY JUDGMENT; ATTEND TO DOCUMENT PRODUCTION. |
| 2960 | 12/12/2002 | 5.5 | $687.50 | DRAFT SUMMARY JUDGMENT OUTLINE; REVIEW DOCUMENTS TO BE PRODUCED; DRAFT RESPONSE TO DOCUMENT REQUEST. |
| 2960 | 12/16/2002 | 2 | $250.00 | REVIEW DOCUMENTS TO BE PRODUCED. |
| 2960 | 12/27/2002 | 0.5 | $62.50 | REVIEW CORRESPONDENCE; CONFER WITH P. ANDERSON REGARDING DOCUMENT PRODUCTION; REVIEW DOCUMENTS. |
| 2960 | 12/31/2002 | 1 | $125.00 | TELEPHONE CALL WITH G. VOIGTLANDER AND DR. N. KLETTI; CONFER WITH G. VOIGTLANDER AND P. ANDERSON REGARDING GOING FORWARD; REVIEW CORRESPONDENCE. |
| 2960 | 1/7/2003 | 0.5 | $62.50 | DRAFT LETTER TO S. BOOKMAN. |
| 2960 | 1/8/2003 | 0.5 | $62.50 | DRAFT CORRESPONDENCE REGARDING DOCUMENT PRODUCTION. |
| 2960 | 1/9/2003 | 0.5 | $62.50 | REVISE LETTER REGARDING DOCUMENT PRODUCTION; E-MAIL TO DR. KLETTI. |
| 2960 | 1/10/2003 | 0.5 | $62.50 | E-MAILS TO DR. KLETTI REGARDING DOCUMENT PRODUCTION. |
| 2960 | 1/13/2003 | 0.5 | $62.50 | TELEPHONE CALL WITH DR. KLETTI; DRAFT LETTER TO S. BOOKMAN. |
| 2960 | 1/24/2003 | 1 | $125.00 | TELEPHONE CALL WITH DR. KLETTI, R. BURNS AND S. SCHNEIDER REGARDING DOCUMENT PRODUCTION; DRAFT LETTER TO S. BOOKMAN. |
| 2960 | 1/28/2003 | 1 | $125.00 | LETTER TO S. BOOKMAN; E-MAIL TO DR. KLETTI REGARDING DOCUMENTS. |
| 2960 | 1/31/2003 | 6.5 | $812.50 | E-MAIL TO DR. KLETTI; CORRESPONDENCE TO S. BOOKMAN; REVIEW ANMC RECORDS; ATTEND ACMHS SUMMARY JUDGMENT ARGUMENT. |
| 2960 | 2/3/2003 | 1.5 | $187.50 | E-MAIL TO DR. KLETTI REGARDING STATUS; REVIEW DISCOVERY. |
| 2960 | 2/5/2003 | 1 | $125.00 | DRAFT MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DUTY TO WARN. |
| 2960 | 2/7/2003 | 1 | $125.00 | E-MAILS TO DR. KLETTI; REVIEW CORRESPONDENCE. |
| 2960 | 2/13/2003 | 4 | $500.00 | REVIEW AMENDED COMPLAINT; CONFER WITH G. VOIGTLANDER REGARDING STRATEGY; TELEPHONE CALL WITH G. VOIGTLANDER AND R. BURNS; RESEARCH REGARDING IMMUNITY AND STANDING. |
| 2960 | 2/14/2003 | 4.5 | $562.50 | RESEARCH REGARDING IMMUNITY AND STANDING; DRAFT LETTER TO J. WENDT; REVIEW DISCOVERY. |
| 2960 | 2/18/2003 | 0.5 | $62.50 | REVISE LETTER TO J. WENDT REGARDING INDIVIDUAL DEFENDANTS. |
| 2960 | 2/19/2003 | 2 | $250.00 | REVIEW DOCUMENTS. |
| 2960 | 2/21/2003 | 3 | $375.00 | ATTEND T. MANNEN DEPOSITION; E-MAIL TO DR. KLETTI AND R. BURNS REGARDING STATUS. |
| 2960 | 2/24/2003 | 1 | $125.00 | TELEPHONE CALL WITH R. BURNS; REVIEW DOCUMENTS TO BE PRODUCED. |
| 2960 | 2/27/2003 | 2 | $250.00 | DRAFT MOTION FOR PARTIAL SUMMARY JUDGMENT ON DUTY TO WARN. |
| 2960 | 2/28/2003 | 1.5 | $187.50 | REVISE SUMMARY JUDGMENT PAPERS; E-MAILS TO DR. KLETTI. |
| 2960 | 3/5/2003 | 0.5 | $62.50 | REVIEW CORRESPONDENCE; CORRESPONDENCE TO J. WENDT; TELEPHONE CALL WITH S. BOOKMAN. |
| 2960 | 3/7/2003 | 0.5 | $62.50 | TELEPHONE CALL WITH M. NAVE; NOTES TO FILE. |

6



Exhibit _A_
Page _6_ of _9_

Hansell v. Muni ASD

Exhibit A
Attorney Fees

| | | | |
|---|---|---|---|
| 2960 | 3/11/2003 | 0.5 | $62.50 | PREPARE SUMMARY JUDGMENT PAPERS. |
| 2960 | 3/12/2003 | 0.5 | $62.50 | DRAFT NON-OPPOSITION TO ACMHS GAG ORDER MOTION. |
| 2960 | 3/18/2003 | 2.5 | $312.50 | DRAFT ANSWERS TO AMENDED COMPLAINT. |
| 2960 | 3/19/2003 | 5 | $625.00 | DRAFT ANSWERS TO AMENDED COMPLAINTS. |
| 2960 | 3/20/2003 | 0.5 | $62.50 | DRAFT LETTER TO S. BOOKMAN. |
| 2960 | 3/21/2003 | 1 | $125.00 | REVIEW AND EDIT ANSWERS TO AMENDED COMPLAINTS. |
| 2960 | 3/27/2003 | 1.5 | $187.50 | REVIEW PROBATE COURT DOCUMENTS; E-MAIL TO DR. SCHOUTEN. |
| 2960 | 3/28/2003 | 1.5 | $187.50 | TELEPHONE CALL WITH DR. KLETTI; DRAFT EXPERT DISCLOSURE; TELEPHONE CALL WITH M. NAVE. |
| 2960 | 4/4/2003 | 0.5 | $62.50 | TELEPHONE CALLS REGARDING SERVICE OF INDIVIDUAL DEFENDANTS. |
| 2960 | 4/9/2003 | 1 | $125.00 | ATTEND TO DISCOVERY ISSUES; CONFER WITH P. ANDERSON AND G. VOIGTLANDER REGARDING GOING FORWARD. |
| 2960 | 4/14/2003 | 3.5 | $437.50 | DRAFT LETTERS TO INDIVIDUAL DEFENDANTS; DRAFT ANSWER FOR INDIVIDUAL |
| 2960 | 4/15/2003 | 1.5 | $187.50 | REVIEW AND REVISE ANSWER; REVIEW DISCOVERY. |
| 2960 | 4/21/2003 | 1 | $125.00 | REVIEW AST RECORDS. |
| 2960 | 4/23/2003 | 1 | $125.00 | CONFERENCE CALL WITH G. VOIGTLANDER, M. NAVE AND B. OWENS; TELEPHONE CALL WITH DR. MAILE. |
| 2960 | 4/24/2003 | 1 | $125.00 | REVIEW SCHOOL DISTRICT SUMMARY JUDGMENT MOTION. |
| 2960 | 4/30/2003 | 0.5 | $62.50 | REVIEW PLEADINGS; LETTER TO DR. KLETTI; TELEPHONE CALL WITH D. OLSEN REGARDING CHILD PSYCHOLOGY EXPERTS. |
| 2960 | 5/6/2003 | 1.5 | $187.50 | MEET WITH DR. KLETTI REGARDING EXPERT REPORT. |
| 2960 | 5/12/2003 | 0.5 | $62.50 | MEET WITH DR. KLETTI. |
| 2960 | 5/20/2003 | 0.5 | $62.50 | MEET WITH DR. KLETTI. |
| 2960 | 5/22/2003 | 1 | $125.00 | REVIEW FILES AT U.S. DISTRICT COURT. |
| 2960 | 7/14/2003 | 0.5 | $62.50 | REVIEW PLEADINGS AND DISCOVERY. |
| 2960 | 7/22/2003 | 1 | $125.00 | REVIEW PLEADINGS. |
| 2960 | 8/6/2003 | 2.5 | $312.50 | REVIEW PLEADINGS; RESEARCH REGARDING REMOVAL; DRAFT NOTICE TO COURT. |
| 2960 | 8/11/2003 | 1 | $125.00 | REVIEW PLEADINGS. |
| 2960 | 8/14/2003 | 0.5 | $62.50 | REVIEW PLEADINGS. |
| 2960 | 9/16/2003 | 1 | $125.00 | REVIEW PLEADINGS. |
| 2960 | 9/19/2003 | 6 | $750.00 | REVIEW PLEADINGS; CONFER WITH G. VOIGTLANDER; ATTEND STATUS CONFERENCE AT FEDERAL COURT. |
| 2960 | 9/23/2003 | 1 | $125.00 | REVIEW PLEADINGS. |
| 2960 | 9/26/2003 | 1.5 | $187.50 | DRAFT CORRESPONDENCE TO CLIENTS; CONFER WITH G. VOIGTLANDER. |
| 2960 | 9/30/2003 | 1.5 | $187.50 | ATTEND DEPOSITION. |
| 2960 | 10/7/2003 | 2.5 | $312.50 | TELEPHONE CALL WITH DEFENSE COUNSEL REGARDING PRE-TRIAL SCHEDULE; DRAFT INSERT TO PRE-TRIAL SCHEDULE MOTION; TELEPHONE CALL WITH DR. KLETTI; E-MAIL TO DR. SCHOUTEN. |
| 2960 | 10/8/2003 | 5.5 | $687.50 | REVIEW DOCUMENTS; MEET WITH DR. SPERBECK AT API; TELEPHONE CALL WITH A. RENSCHEN REGARDING PRE-TRIAL SCHEDULING MOTION. |
| 2960 | 10/9/2003 | 7.5 | $937.50 | TRAVEL TO PORTLAND, OR FOR DEPO. OF J. BLOOM; REVIEW FILES; PREPARE FOR DEPOSITION. |
| 2960 | 10/10/2003 | 6.5 | $812.50 | ATTEND DEPOSITION OF DR. J. BLOOM. |
| 2960 | 10/13/2003 | 0.5 | $62.50 | DRAFT JOINT DEFENSE MOTION FOR ALTERNATIVE SCHEDULING PLAN. |
| 2960 | 11/4/2003 | 0.5 | $62.50 | REVIEW PLEADINGS. |

7



Exhibit A
Page 7 of 9

*Hansell v. Muni ASD*

Exhibit A
Attorney Fees

| | | | | |
|---|---|---|---|---|
| 2960 | 11/7/2003 | 4 | $500.00 | REVIEW PLEADINGS; REVIEW DOCUMENTS AND PREPARE FOR TELECONFERENCE WITH EXPERT; TELECONFERENCE WITH DRS. SCHOUTEN AND DECHANT AND G. VOIGTLANDER; CONFER WITH G. VOIGTLANDER. |
| 2960 | 11/25/2003 | 0.5 | $62.50 | REVIEW PLEADINGS. |
| 2960 | 3/11/2004 | 0.5 | $62.50 | REVIEW FILES; E-MAIL TO EXPERT. |
| 2960 | 3/12/2004 | 3.5 | $437.50 | REVIEW FILES; OUTLINE FOR SUMMARY JUDGMENT. |
| 2960 | 3/15/2004 | 4.5 | $562.50 | RESEARCH FOR SUMMARY JUDGMENT. |
| 2960 | 3/16/2004 | 6 | $750.00 | REVIEW FILES; DRAFT SUMMARY JUDGMENT. |
| 2960 | 3/17/2004 | 6.5 | $812.50 | RESEARCH; DRAFT SUMMARY JUDGMENT; E-MAIL TO N. KLETTI; REVIEW FILES. |
| 2960 | 3/18/2004 | 2.5 | $312.50 | RESEARCH REGARDING MALPRACTICE. |
| 2960 | 3/22/2004 | 3 | $375.00 | REVIEW COURT ORDER; E-MAIL WITH N. KLETTI; REVIEW RECORDS; SUMMARY JUDGMENT RESEARCH. |
| 2960 | 3/30/2004 | 1 | $125.00 | REVIEW DRAFT EXPERT REPORT; CONFER WITH G. VOIGTLANDER; E-MAIL TO N. KLETTI. |
| 2960 | 3/31/2004 | 1.5 | $187.50 | E-MAIL WITH R. SCHOUTEN; RESEARCH FOR SUMMARY JUDGMENT MOTION. |
| 2960 | 4/8/2004 | 2 | $250.00 | REVIEW API FILES. |
| 2960 | 4/9/2004 | 1 | $125.00 | REVIEW API RECORDS. |
| 2960 | 4/12/2004 | 3.5 | $437.50 | REVIEW CORRESPONDENCE REGARDING SCHEDULING ORDER; CORRESPONDENCE TO COUNSEL; REVIEW API RECORDS. |
| 2960 | 4/13/2004 | 5 | $625.00 | REVIEW EXPERT REPORT OF N. KLETTI; REVIEW DOCUMENTS CORRESPONDENCE WITH N. KLETTI; DRAFT MOTION FOR SUMMARY JUDGMENT. |
| 2960 | 4/14/2004 | 5 | $625.00 | REVIEW EXPERT REPORT; CORRESPONDENCE WITH EXPERT; REVIEW API RECORDS. |
| 2960 | 4/15/2004 | 5 | $625.00 | REVIEW EXPERT REPORT; REVIEW MEDICAL RECORDS; CORRESPONDENCE WITH EXPERT. |
| 2960 | 4/16/2004 | 4 | $500.00 | DRAFT MOTION FOR SUMMARY JUDGMENT. |
| 2960 | 4/19/2004 | 3.5 | $437.50 | DRAFT MOTION FOR SUMMARY JUDGMENT. |
| 2960 | 4/29/2004 | 0.5 | $62.50 | TELEPHONE CALL WITH N. KLETTI. |
| 2960 | 5/3/2004 | 5.5 | $687.50 | DRAFT MOTION FOR SUMMARY JUDGMENT. |
| 2960 | 5/4/2004 | 7.5 | $937.50 | DRAFT MOTION FOR SUMMARY JUDGMENT. |
| 2960 | 5/5/2004 | 2 | $250.00 | DRAFT MOTION FOR SUMMARY JUDGMENT. |
| 2960 | 5/6/2004 | 4.5 | $562.50 | DRAFT MOTION FOR SUMMARY JUDGMENT. |
| 2960 | 5/7/2004 | 5 | $625.00 | DRAFT MOTION FOR SUMMARY JUDGMENT. |
| 2960 | 5/10/2004 | 1 | $125.00 | ATTEND STATUS CONFERENCE. |
| 2960 | 5/13/2004 | 3.5 | $437.50 | REVISE MOTION FOR SUMMARY JUDGMENT; REVIEW ANCHORAGE SCHOOL DISTRICT MOTION FOR SUMMARY JUDGMENT; REVIEW THIRD AMENDED COMPLAINT. |
| 2960 | 5/19/2004 | 1 | $125.00 | REVIEW AND REVISE MOTION FOR SUMMARY JUDGMENT. |
| 2960 | 5/20/2004 | 3.5 | $437.50 | REVIEW AND REVISE MOTION FOR SUMMARY JUDGMENT. |
| 2960 | 5/21/2004 | 1.5 | $187.50 | DRAFT PRELIMINARY WITNESS LIST; LETTER TO COUNSEL. |
| 2960 | 5/24/2004 | 1 | $125.00 | REVIEW ASD OPPOSITION TO MOTION TO ADD NEW PARTIES; DRAFT OPPOSITION TO SAME; TELEPHONE CALL WITH R. BURNS. |
| 2960 | 5/27/2004 | 1 | $125.00 | DRAFT MOTION TO FILE SUMMARY JUDGMENT BRIEF UNDER SEAL; TELEPHONE CALL WITH COURT CLERK; REVIEW PLEADINGS. |
| 2960 | 6/14/2004 | 1 | $125.00 | REVIEW CORRESPONDENCE; REVIEW PLEADINGS; RESEARCH. |
| 2960 | 6/17/2004 | 2.5 | $312.50 | DRAFT OPPOSITION TO RULE 56(F) CONTINUANCE. |
| 2960 | 6/18/2004 | 6 | $750.00 | DRAFT CORRESPONDENCE TO J. WENDT; RESEARCH REGARDING RULE 56(F); DRAFT OPPOSITION TO MOTION FOR RULE 56(F) CONTINUANCE. |

8

Exhibit A
Page 8 of 9

*Hansell v. Muni ASD*

Exhibit A
Attorney Fees

| | | | | |
|---|---|---|---|---|
| 2960 | 6/21/2004 | 6 | $750.00 | RESEARCH REGARDING FEDERAL EVIDENCE RULES; DRAFT OPPOSITION TO MOTION TO STRIKE EXPERT TESTIMONY. |
| 2960 | 6/22/2004 | 3.5 | $437.50 | DRAFT OPPOSITION TO MOTION TO STRIKE EXPERT TESTIMONY; REVIEW PLEADINGS. |
| 2960 | 7/8/2004 | 0.5 | $62.50 | CORRESPONDENCE TO N. KLETTI. |
| 2960 | 7/12/2004 | 0.5 | $62.50 | REVIEW PLEADINGS. |
| TOTALS | | 390.6 | $48,825.00 | |
| GRAND TOTAL | | 591.1 | $78,900.00 | |

Exhibit __A__
Page __9__ of __9__