*Hansell v. Muni ASD*

Exhibit B
Paralegal Fees

| PARALEGAL NO. | DATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| ANDERSON | | | | |
| 2573 | 6/11/2002 | 0.8 | $57.62 | TRAVEL TO COURT HOUSE TO REVIEW FILE RE 3RD PARTY ACTION. |
| 2573 | 7/26/2002 | 1 | $74.26 | CK STATUS OF API AND DOC FILES WITH AAG JM, ARRANGED FOR API COPYING FOR CHRONO-ING; 2 TC PERSONNEL IN ANCHORAGE AND JUNEAU FOR A COPYING FOR CHRONO-ING; 2 TC PERSONNEL IN ANCHORAGE AND JUNEAU FOR A POSSIBLE MEDICAL EMPLOYEE LIST FOR BOTH DOC AND CONTRACT. |
| 2573 | 7/30/2002 | 4.5 | $334.17 | BEGIN A LIST OF NAMES FOR THE WITNESS LIST. TC DOC MEDICAL CENTRAL (AS WELL AS CIPT AND ANCHORAGE JAIL MEDICAL) FOR LIST OF NAMES OF MEDICAL EMPLOYEES TO DISCUSS A MED EMPLOYEE LIST TO FACILITATE THE READING OF SIGNATURES. TC RUTH BAGEL RE A LIST OF NAMES FROM MEDICAL CONTRACT EMPLOYEES. TC AND FAXED TO API NAMES FROM THE API FILE TO DETERMINE IF THESE WERE API EMPLOYEES AND THEIR WHEREABOUTS. REVIEW API MEDS. MAKE ARRANGEMENTS FOR DOC MEDS TO BE COPIED. |
| 2573 | 7/31/2002 | 7 | $519.82 | WORKED ON THE HANSELL WITNESS LIST. REVIEWING OVER 2000 PAGES OF DOC AND API MEDICAL RECORDS FOR MEDICAL PERSONNEL IDENTIFICATION. TC'D DOC CENTRAL AND API RECORDS FOR HELP IN IDENTIFYING WITNESSES THROUGH THEIR SIGNATURE LOGS AND SCHEDULING FILES. |
| 2573 | 8/1/2002 | 6.7 | $497.54 | HIGHLIGHTING, LOGGING, CHRONOING MEDICAL DOCUMENTS. |
| 2573 | 8/2/2002 | 4.8 | $356.45 | IDENIFYING DATES, HIGHLIGHTING, AND CHRONO-ING API MEDICALS. |
| 2573 | 8/6/2002 | 6.5 | $482.69 | FINISH REVIEWING THE API RECORDS AND PUTTING THE WITNESS LIST IN FINAL. |
| 2573 | 8/8/2002 | 1 | $74.26 | IDENTIFIED DATES AND DOCUMENTS FROM API. |
| 2573 | 8/9/2002 | 2.2 | $163.37 | CONT DATING, AND SORTING IN CHRONOLOGICAL ORDER THE API FILES. |
| 2573 | 8/12/2002 | 2.5 | $185.65 | COPIED MULTI DATED PAGES, CONTINUED IDENTIFYING DATES, AND CHRONO-ING. |
| 2573 | 8/13/2002 | 1 | $74.26 | CONTINUE WITH 3RD BINDER OF API DOCUMENTS. |
| 2573 | 8/16/2002 | 1 | $74.26 | CONTINUE LOGGING AND CHRONO-ING API MEDS. |
| 2573 | 8/20/2002 | 0.5 | $37.13 | TRAVEL TO COURT FOR FILING IN JUDGE'S CHAMBERS |
| 2573 | 8/20/2001 | 1 | $74.26 | FURTHER LOGGING DATES, COPYING MULTI-DATED DOCUMENTS. |
| 2573 | 8/27/2002 | 0.8 | $59.41 | COPYING MULTI-DATED DOCUMENTS FOR HIGHLIGHTING AND FILING IN DATE ORDER. |
| 2573 | 8/29/2002 | 1 | $74.26 | FINALIZING CHRONOLOGICAL MEDICAL BINDER AND INSERTS. |
| 2573 | 10/14/2002 | 2.2 | $163.37 | REVIEW CORRESPONDENCE FILE FOR UPDATE ON THIS FILE AND REVIEW THE NUMEROUS DISCOVERY DOCUMENTS THAT HAVE COME IN; WORK ON REQUEST FOR PRODUCTION; EMAIL TO DR. RANDELL BURNS, DR. KELETTI, DOREEN BOOTH OF API. |

1



Exhibit B
Page 1 of 4

*Hansell v. Muni ASD*

Exhibit B
Paralegal Fees

| Matter | Date | Hours | Amount | Description |
|---|---|---|---|---|
| 2573 | 10/16/2002 | 0.8 | $59.41 | TC API RE DISCOVERY THAT I HAD FAXED - COMPUTER DATA SHEETS IN PARTICULAR. |
| 2573 | 11/4/2002 | 0.3 | $22.28 | READ HCMH REPONSES. |
| 2573 | 11/7/2002 | 7 | $519.82 | FINAL REVIEW OF ENTIRE API RECORDS FOR ACCURACY; CHRONOLOGICAL ORDER BEFORE SENDING TO EXPERT ON THE EAST COAST (3 BINDER REVIEW AND CORRECTIONS). |
| 2573 | 11/12/2002 | 1.5 | $111.39 | REVIEW PLEADING FILES FOR CONFIDENTIALITY ORDERS; TALK TO AAG JM RE THOSE RECORDS GOING TO DR. KLETTI AS OPPOSE TO DR. SCHOUTEN. |
| 2573 | 11/15/2002 | 4.4 | $326.74 | COPY 2-SIDED DOCUMENTS (ACMHS FILE); NOTED LOST DOCUMENTS AND PROCEEDED TO CHECK REST OF FILE; FINALIZE GATHERING REST OF DOCUMENTS FOR DR. KLETTI (HOMER MH; ATKA MH; POLICE RPTS RE SLASHINGS/ AND DRAFT LETTER - SEND OUT BY MESSENGER; TC GUESS & RUDD RE LOST DOCUMENTS AND DRAFT LETTER. |
| 2573 | 11/19/2002 | 3.3 | $245.06 | BEGIN HIGHLIGHTING AND DOUBLE CHECKING THE ORDER OF THE DATES, AND MAKING ADJUSTMENTS AND EXTRA COPIES ACCORDINLY, FOR VOLUME 1 OF EXPERT'S COPY OF THE API RECORDS; BATESTAMP HOMER MENTAL HEALTH RECORDS AND FILE. |
| 2573 | 11/20/2002 | 1.5 | $111.39 | INSURE CHRONOLOGICAL ORDER OF THE SECOND SET OF VOLUMES II AND III FOR THE EXPERT; DRAFT LETTER TO DR. SCHOUTEN. |
| 2573 | 11/22/2002 | 1.5 | $111.39 | REVIEW PLEADING FILE FOR DISCOVERY REQUEST OF ACMHS (NO COPY); CHECK ARCHIVED EMAILS FOR CORRESPONDENCE WITH API; DISCUSS WITH AAG JM. |
| 2573 | 11/25/2002 | 1 | $74.26 | 2 TC DOREEN BOOTH AT API REGARDING DISCOVERY REQUESTS (HAD BEEN FAXED OVER A MONTH PRIOR); A 3RD TC WITH DOREEN BOOTH IN A CONFERENCE CALL WITH JASON; DISCUSS DISCOVERY WITH AAG JM AND A TRIP TO API TOMORROW. |
| 2573 | 11/26/2002 | 3 | $222.78 | TALKED WITH GAIL RE CASE; RECEIVED MISSING PAGES FROM PLAINTIFF'S INITIAL DISCLOSURE; SENT OUT PAGES TO DR. KLETTI AND DR. SCHOUTEN WRITING LETTERS TO EACH; SET UP DOCUMENT CONTROL FOR ALL DISCOVERY. |
| 2573 | 12/3/2002 | 1.5 | $111.39 | READ PLAINTIFF' OPPOSITION TO ACMHS SJ; GO TO COURT HOUSE AND REVIEW TRESPASS FILE AND MARK LOG ENTIRES, ORDER TESTIMONY FROM SPEARBECK. |
| 2573 | 12/5/2002 | 0.3 | $22.28 | READ THROUGH DISCOVERY REQUESTS FROM MUNI TO PLAINTIFF. |
| 2573 | 12/12/2002 | 1.5 | $111.39 | TC DOREEN BOOTH OF API; REVIEW BUSINESS RECORDS THAT WERE HAND DELIVERED FROM API, DRAFT RESPONSE TO ACMHS'S RFP. |
| 2573 | 12/19/2002 | 0.8 | $59.41 | REVIEWED THE DOCUMENTS THAT AAG JM IDENTIFIED AS NON DUPLICATES OF API FILE; TC DR. KLETTI RE. |

2

Exhibit __B__
Page __2__ of __4__

Hansell v. Muni ASD

Exhibit B
Paralegal Fees

| | | | | |
|---|---|---|---|---|
| 2573 | 12/31/2002 | 1.5 | $111.39 | 2 TC DOREEN BOOTH.; QUICK REVIEW CORRESPONDENCE FILE; CONFERENCE CALL WITH DR. KLETTI, AAG GV AND AAG JM. |
| 2573 | 1/3/2003 | 3 | $222.78 | ENTIRE CORRESPONDENCE FILE PUT IN CHRONOLOGICAL ORDER EXCEPT FOR PROGRESS NOTES. CHECKED FOR PROBLEM CORRESPONDENCE RE PRITCHARD'S KNOWN STATE OF MENTAL HEALTH. |
| 2573 | 1/8/2003 | 0.5 | $37.13 | READ AAG JM'S LETTER TO OC AND EDIT WITH SUGGESTIONS. |
| 2573 | 1/14/2003 | 1 | $74.26 | PREPARE DOCUMENTS FOR DR. SHOUTEN AND WRITE COVER LETTER RE SITUATION WITH MISSING DOCUMENTS (CORRESPONDENCE FILE). |
| 2573 | 1/24/2003 | 0.7 | $51.98 | ATTENDED TELEPHONIC CONVERSATION WITH DR. KLETTI AND AAG JM REGARDING THE VISIT THAT AAG JASON AND I MADE TO API AND THE LATEST DISCOVERY REQUEST. |
| 2573 | 1/31/2003 | 0.5 | $37.13 | REVIEW SUPPLEENTS THAT CAME IN AND LOGGED. |
| 2573 | 2/19/2003 | 1 | $74.26 | 2 TC SHANNON AT API RE CONFIDENTIAL DELIVERY; TALK WITH AAG JM RE DOCS; TC VIOLENT VICTIM COMPENSATION AND FAX REQUEST. |
| 2573 | 3/17/2003 | 1.6 | $118.82 | RE LATEST LETTER BY PLAINTIFF AND API REDACTIONS AND CODE NUMBERS; TC DOREEN BOOTH, TC DR. RANDALL BURN'S SECRETARY; FAXED PAGES IN QUESTION TO DOREEN BOOTH, SEARCH FOR VAUGHN INDEX. |
| 2573 | 3/21/2003 | 0.7 | $51.98 | WORKED ON THE LAST PHASE OF RECENT DISCOVERY REQUEST (API CODES) EDITED AAG JM'S LETTER FOR HIS SIGNATURE. |
| 2573 | 4/9/2003 | 0.5 | $37.13 | CALL DR. KELETTI RE RECORD REVIEW; CALL DURENA RE MEDICAL RECORDS (2TC). |
| 2573 | 6/10/2003 | 0.5 | $37.13 | DISCUSSED WITH AAG JM DOC DOCUMENTS THAT WE RECEIVED FROM JOHN BODICK. |
| 2573 | 9/29/2003 | 0.7 | $52.07 | RESEARCH ARTICLES WRITTEN BY OPPOSING COUNSEL'S EXPERT. |
| 2573 | 10/8/2003 | 1 | $74.39 | MAKING ARRANGEMENTS WITH THE HEALTH SCIENCES BRANCH OF THE UAA LIBRARY RE TWO ARTICLES WRITTEN BY DR. BLOOM. TC COMMISSIONERS OFFICE RE ANY DISCUSSION OF A TASK FORCE. REFERRED TO PEOPLE IN THE INITIAL GROUP MEETINGS AT THE TIME OF THE PRITCHARD SLASHINGS. REVIEW LATEST SUPPLEMENT THAT CAME IN FROM ACMHS AND LOG. |
| 2573 | 10/13/2003 | 0.5 | $37.20 | REVIEW FIRST SUPP OF MUNI AND LOG. |
| 2573 | 10/16/2003 | 1 | $74.39 | RESEACHING ANY MINUTES FROM A TASK FORCE (HIGH RISK PATIENT TEAM). |
| 2573 | 10/23/2003 | 1.3 | $96.71 | DRAFT LETTERS TO DRS. SCHOUTEN AND KLETTI. READ ACMHS' REPLY RE: ACMHS' MOTION FOR SUMMARY JUDGEMENT AND ACMHS' MOTION TO STRIKE OPINION TESTIMONY OF DR. BLOOM. |
| 2573 | 11/3/2003 | 0.8 | $59.51 | READ CLEVELAND CASE - GIVE TO AAG JM. |
| 2573 | 11/14/2003 | 2.1 | $156.22 | FOLLOWING UP ON CONVERSATION WITH RUSS WEBB AND THE ORIGINATION OF THE TASK FORCE. |

Exhibit B
Page 3 of 4

3

Hansell v. Muni ASD

Exhibit B
Paralegal Fees

| | | | | |
|---|---|---|---|---|
| 2573 | 3/26/2004 | 0.3 | $22.32 | READ THE ORDER PERTAINING TO ANCHORAGE SCHOOL DISTRICT'S SUMMARY JUDGEMENT. |
| 2573 | 9/1/2004 | 0.8 | $59.51 | LOOKING UP ADDRESSES OF WITNESSES. TC API AND REFERRED TO NORTH STAR. START GENERAL DRAFT FOR 4 WITNESSES. |
| 2573 | 9/7/2004 | 0.3 | $22.32 | TC DR. RANDALL BURNS RE DEPOSITION. |
| 2573 | 9/16/2004 | 1 | $74.39 | WORKING ON DEPOSITION TIMES RE SJ ORDER. |
| 2573 | 9/24/2004 | 1 | $74.39 | TRAVEL TO FED COURT HOUSE CHECK PLEADINGS; TC WENDT. |
| 2573 | 10/14/2004 | 1 | $73.08 | TRAVEL TO FEDERAL COURT AND CHECKED FILES. |
| 2573 | 11/2/2004 | 0.2 | $14.62 | TALKED WITH AAG GV RE AN UPDATE ON HANSELL. |
| 2573 | 11/4/2004 | 0.4 | $29.23 | TALK WITH AAG PJ RE HANSELL RE NO FILINGS BY OPPOSING COUNSEL. WILL GO TO COURT HOURSE TO REVIEW FILE. |
| 2573 | 11/8/2004 | 0.8 | $58.46 | TRAVEL TO COURT HOUSE AND REVIEW FILE. |
| 2573 | 11/29/2004 | 3.7 | $270.40 | WENT THROUGH THE COMPLETE HANSELL FILE FOR AAG PJ TO LIST EVERYTHING THAT HAD GONE OUT AND HAD COME IN. CHECKED THE PLEADING FOR STIPULATIONS. |
| TOTALS | | 137.6 | $4,374.77 | |
| YOUNG | | | | |
| 2584 | 7/11/2002 | 1 | $74.26 | REVIEW, CROSS-CHECK AND EDIT TRIAL CALENDAR. |
| 2584 | 4/11/2003 | 0.4 | $29.70 | REVIEW PA MEMO. TC WITH PA REGARDING CASE STATUS, OUTSTANDING DISCOVERY AND EXPERT. |
| TOTALS | | 1.4 | $103.96 | |
| HALSTEAD | | | | |
| 2587 | 8/31/2004 | 1.7 | $124.24 | CONF W/AAG G.V. RE CASE AND ASSIGNED PROJECTS INCLUDING THE FOLLOWING: RESEARCHED SEVERAL PARTIES INVOLVED IN OR WITNESSES IN THE CASE TO FIND OUT IF THEY ARE STILL STATE EMPLOYEES, DID INTERNET SEARCH OF SOA DATABASE, CALLED API RE DOCTORS STILL ON STAFF, CALLED DIVISION OF PERSONNEL TO GET DATES OF EMPLOYEES DEPARTED FROM STATE SERVICE & TO VERIFY INFORMATION FOUND; CALLED API TO FIND OUT POSITIONS/TITLE/AREA OF PRACTICE FOR THE TWO OF THE DOCTORS INVOLVED IN CASE WHO ARE STILL STATE EMPLOYEES; RESEARCHED NUMBER OF API DOCUMENTS WHICH WERE DISCLOSED DURING THE COURSE OF THE CASE. |
| 2587 | 12/22/2004 | 1 | $73.08 | DISCUSSION W/AAG P.G. RE RESEARCH ASSIGNMENT; RESEARCH FILE AT COURTHOUSE FOR AAG P.G. RE STATUS; INFORM AAG P.G. OF STATUS & RESEARCH. |
| TOTALS | | 2.7 | $197.32 | |
| GRAND TOTALS | | | $4,676.05 | |

Exhibit B
Page 4 of 4

4