# Exhibit C

## Consultant / Expert Services

Law and Psychiatry Service
Ronald Schouten, M.D., J.D.
    Document Review          12/1/02 – 4/14/04          14,983.34
    Affidavits
        Including Esther Dechant, M.C.
        Research/Literature Review
        Consultation & Report

Nicholas B. Kletti, M.D.
Document Review & Prep.          5/6/03 – 4/26/04          6,000.00
Affidavit.

## Depositions
Timothy J. Mannen
    Pacific Rim Reporting          2/28/03               76.30
Joseph Bloom
    Naegeli Reporting
        Transcript                10/14/03             784.40
        Video Set up             10/14/03             200.00
Doris J. Ross
    Aaska Stenotype Reporters     10/9/03               125.10
Carol S. Comeau
    Alaska Stenotype Reporters    10/9/03               134.00
Archie O'Blenness
    Alaska Stenotype Reporters    10/9/03               102.75

                                                                         ---------------
**Total Costs**                                                     7,422.55

Exhibit C
Page 1 of 20



## STATEMENT

May 18, 2004

Invoice to: Gail T. Voigtlander, Esq.
State of Alaska
Attorney General's Office, Special Litigation Sect
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501

*FOR PROFESSIONAL SERVICES RE:*   Hansell et al v. Municipal School District et al

| | |
|---|---|
| Consultant: | Ronald Schouten, M.D., J.D. |
| | Esther Dechant, M.D. |
| Dates: | 12/1/2002 - 4/14/2004 |
| Hours: | 39.42 |
| Latest Payment Date: | 5/18/2004 |

*See attached Itemization of Service Hours rendered.*

| | |
|---|---|
| Total Case Charges: | $12,316.67 |
| Current Charges: | $12,316.67 |
| Payment Received: | $12,316.67 |
| Invoice Total Due: | $0.00    *Paid in full.* |
| | *Thankyou.* |

Please make payable to:   Law and Psychiatry Service
Please include ref. #     Massachusetts General Hospital
1280 on check.            60 Staniford Street, Suite 1
                          Boston, MA 02114

Any questions concerning this invoice should be directed to Mary Corbett, (617) 726-8217. Thank you.

**MGH Tax ID #:  04-2807148**

Exhibit  C
Page  2  of  20

## ITEMIZATION OF SERVICE HOURS
### May 18, 2004

*Hansell et al v. Municipal School District et al*

Consultant: Ronald Schouten, M.D., J.D.
Esther Dechant, M.D.

| DATE | SERVICE RENDERED | RATE | HOURS |
|---|---|---|---|
| *Ronald Schouten, M.D., J.D.* | | | |
| 12/8/2002 | Document review | $400.00 | 1.50 |
| 1/20/2003 | Document review | $400.00 | 1.00 |
| 1/23/2003 | Document review | $400.00 | 1.50 |
| 2/3/2003 | Document review | $400.00 | 0.67 |
| 11/6/2003 | Document review | $400.00 | 2.00 |
| 11/7/2003 | Conference call | $400.00 | 1.08 |
| 11/7/2003 | File review | $400.00 | 2.00 |
| 4/8/2004 | Affidavit | $400.00 | 2.33 |
| 4/10/2004 | Affidavit | $400.00 | 2.75 |
| 4/12/2004 | Edit affidavit | $400.00 | 0.83 |
| 4/14/2004 | Final affidavit | $400.00 | 0.75 |
| | | SUBTOTAL: | 16.42 |
| *Esther Dechant, M.D.* | | | |
| 3/31/2003 | Research/literature review | $250.00 | 3.00 |
| 4/1/2003 | Research/literature review | $250.00 | 4.00 |
| 4/2/2003 | Research/literature review | $250.00 | 2.00 |
| 4/3/2003 | Research/literature review | $250.00 | 2.00 |
| 4/4/2003 | Research/literature review | $250.00 | 2.00 |
| 4/5/2003 | Record Review and consultatuion with Dr. Schouten | $250.00 | 4.00 |
| 4/6/2003 | Case write up | $250.00 | 6.00 |
| | | SUBTOTAL: | 23.00 |
| | | **TOTAL HOURS RENDERED** | 39.42 |

### BILL SUMMARY

| | |
|---|---|
| Dates: | 12/1/2002 - 4/14/2004 |
| Hours: | 39.42 |
| Current Charges: | $12,316.67 |
| Payment Received: | $12,316.67 |
| Invoice Total Due: | $0.00 |

Invoice to: Gail T. Voigtlander, Esq.
State of Alaska
Attorney General's Office, Special Litigation Sect
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501

Exhibit C
Page 3 of 20

Please make payable to:    Law and Psychiatry Service
Please include ref. #    Massachusetts General Hospital
1280 on check.    60 Staniford Street, Suite 1
   Boston, MA 02114

Any questions concerning this invoice should be directed to Mary Corbett, (617) 726-8217. Thank you.

**MGH Tax ID #:  04-2807148**

Exhibit C
Page 4 of 20




60 Staniford Street
Boston, Massachusetts 02114-2517
Tel: 617.726.5924, Fax: 617.724.2808

Law and Psychiatry Service
*Adult Forensic Services*
*Children & The Law Program*
*Department of Psychiatry*

## STATEMENT

April 30, 2004

**RECEIVED MAY 0 4 2004**

DEPARTMENT OF LAW
OFFICE OF ATTORNEY GENERAL
3RD JUDICIAL DISTRICT
ANCHORAGE, ALASKA

Invoice to:  Gail T. Voigtlander, Esq.
State of Alaska
Attorney General's Office, Special Litigation Sect
1031 W Fourth Avenue, Suite 200
Anchorage, Alaska 99501

*FOR PROFESSIONAL SERVICES RE:*  Hansell et al v. Municipal School District et al

|  |  |
|---|---|
| Consultant | Ronald Schouten, M.D., J.D. |
|  | Esther Dechant, M.D. |
| Dates: | 12/1/2002 - 4/14/2004 |
| Hours: | 39.42 |
| Latest Payment Date: | 12/12/2003 |

*See attached Itemization of Service Hours rendered.*

| | |
|---|---|
| Total Case Charges | $12,316.67 |
| Current Charges | $12,316.67 |
| Payment Received: | $9,650.00 |
| Invoice Total Due: | $2,666.67 |

Ok to pay
GV 5/4/04
Hansell

Please make payable to:    Law and Psychiatry Service
Please include ref. #       Massachusetts General Hospital
1280 on check.              60 Staniford Street, Suite 1
                            Boston, MA 02114

Any questions concerning this invoice should be directed to Mary Corbett, (617) 726-8217. Thank you

**MGH Tax ID #: 04-2807148**

Exhibit __C__
Page __5__ of __20__

## ITEMIZATION OF SERVICE HOURS
### April 30, 2004

*Hansell et al v. Municipal School District et al*

Consultant    Ronald Schouten, M.D., J.D.

Esther Dechant, M.D.

| DATE | SERVICE RENDERED | RATE | HOURS |
|---|---|---|---|
| *Ronald Schouten, M.D., J.D.* | | | |
| 12/8/2002 | Document review | $400.00 | 1.50 |
| 1/20/2003 | Document review | $400.00 | 1.00 |
| 1/23/2003 | Document review | $400.00 | 1.50 |
| 2/3/2003 | Document review | $400.00 | 0.67 |
| 11/6/2003 | Document review | $400.00 | 2.00 |
| 11/7/2003 | Conference call | $400.00 | 1.08 |
| 11/7/2003 | File review | $400.00 | 2.00 |
| 4/8/2004 | Affidavit | $400.00 | 2.33 |
| 4/10/2004 | Affidavit | $400.00 | 2.75 |
| 4/12/2004 | Edit affidavit | $400.00 | 0.83 |
| 4/14/2004 | Final affidavit | $400.00 | 0.75 |
| | | SUBTOTAL: | 16.42 |
| *Esther Dechant, M.D.* | | | |
| 3/31/2003 | Research/literature review | $250.00 | 3.00 |
| 4/1/2003 | Research/literature review | $250.00 | 4.00 |
| 4/2/2003 | Research/literature review | $250.00 | 2.00 |
| 4/3/2003 | Research/literature review | $250.00 | 2.00 |
| 4/4/2003 | Research/literature review | $250.00 | 2.00 |
| 4/5/2003 | Record Review and consultatuion with Dr. Schouten | $250.00 | 4.00 |
| 4/6/2003 | Case write up | $250.00 | 6.00 |
| | | SUBTOTAL: | 23.00 |
| | | **TOTAL HOURS RENDERED** | 39.42 |

### BILL SUMMARY

| | |
|---|---|
| Dates: | 12/1/2002 - 4/14/2004 |
| Hours: | 39.42 |
| Current Charges | $12,316.67 |
| Payment Received: | $9,650.00 |
| Invoice Total Due: | $2,666.67 |

Invoice to:    Gail T. Voigtlander, Esq.
State of Alaska
Attorney General's Office, Special Litigation Sect
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501

Exhibit  C
Page  6  of  20

Please make payable to:  Law and Psychiatry Service
Please include ref. #    Massachusetts General Hospita
1280 on check.           60 Staniford Street, Suite
                         Boston, MA 02114

Any questions concerning this invoice should be directed to Mary Corbett, (617) 726-8217. Thank you

**MGH Tax ID #: 04-2807148**

Exhibit C
Page 7 of 20




**MASSACHUSETTS GENERAL HOSPITAL**

**HARVARD MEDICAL SCHOOL**

60 Staniford Street
Boston, Massachusetts 02114-2517
Tel: 617.726.5924, Fax: 617.724.2808

Law and Psychiatry Service
*Adult Forensic Services*
*Children & The Law Program*
*Department of Psychiatry*

## STATEMENT

December 01, 2003

Invoice to:  Gail T. Voigtlander, Esq.
State of Alaska
Attorney General's Office, Special Litigation Sect
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska  99501

RECEIVED DEC 0 4 2003 OFFICE OF ATTORNEY GENERAL 3RD JUDICIAL DISTRICT ANCHORAGE, ALASKA

FOR PROFESSIONAL SERVICES RE:  *Hansell et al v. Municipal School District et al*

| | |
|---|---|
| Consultant | Ronald Schouten, M.D., J.D. |
| | Esther Dechant, M.D. |
| Dates: | 12/1/2002 - 12/1/2003 |
| Hours: | 32.75 |
| Latest Payment Date: | 10/28/2003 |

*See attached Itemization of Service Hours rendered.*

| | |
|---|---|
| Total Case Charges | $9,650.00 |
| Current Charges | $9,650.00 |
| Payment Received: | $7,616.67 |
| Invoice Total Due: | $2,033.33 |

Ok to pay
GV 12/4/03

Please make payable to:  Law and Psychiatry Service
Please include ref. #       Massachusetts General Hospita
1280 on check.              60 Staniford Street, Suite
                            Boston, MA 02114

Any questions concerning this invoice should be directed to Mary Corbett, (617) 726-8217. Thank you

**MGH Tax ID #:  04-2807148**

Exhibit C
Page 8 of 20

 

| | |
|---|---|
| 60 Staniford Street<br>Boston, Massachusetts 02114-2517<br>Tel: 617.726.5924, Fax: 617.724.2808 | **Law and Psychiatry Service**<br>*Adult Forensic Services*<br>*Children & The Law Program*<br>*Department of Psychiatry* |

## STATEMENT

September 10, 2003

Invoice to:   Gail T. Voigtlander, Esq.
State of Alaska
Attorney General's Office, Special Litigation Sect
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501




FOR PROFESSIONAL SERVICES RE:   Hansell et al v. Municipal School District et al

Consultant   Ronald Schouten, M.D., J.D.
Esther Dechant, M.D.

Dates:   12/1/2002 - 9/10/2003

Hours:   27.67

Latest Payment Date:   5/16/2003

*See attached Itemization of Service Hours rendered.*

| | |
|---|---|
| Total Case Charges | $7,616.67 |
| Current Charges | $7,616.67 |
| Payment Received: | $1,866.67 |
| Invoice Total Due: | $5,750.00 |

Please make payable to:   Law and Psychiatry Service
Please include ref. #   Massachusetts General Hospita
1280 on check.   60 Staniford Street, Suite
Boston, MA 02114

Any questions concerning this invoice should be directed to Mary Corbett, (617) 726-8217. Thank you

MGH Tax ID #:  04-2807148

ok to pay
GV 9/19/03

Exhibit _C_
Page _9_ of _20_

 **MASSACHUSETTS GENERAL HOSPITAL**      **HARVARD MEDICAL SCHOOL**

60 Staniford Street
Boston, Massachusetts 02114-2517
Tel: 617.726.5924, Fax: 617.724.2808

Law and Psychiatry Service
*Adult Forensic Services*
*Children & The Law Program*
*Department of Psychiatry*

## STATEMENT

### April 30, 2003

Invoice to:   Gail T. Voigtlander, Esq.
State of Alaska
Attorney General's Office, Special Litigation Sect
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501

FOR PROFESSIONAL SERVICES RE:  Hansell et al v. Municipal School District et al

Consultant:   Ronald Schouten, M.D., J.D.

Dates:   12/1/02 - 4/30/03
Hours:   4.67
Latest Payment Date:   3/7/03

*See attached Itemization of Service Hours rendered.*

| | |
|---|---|
| Total Case Charges: | $1,866.67 |
| Current Charges: | $1,866.67 |
| Payment Received: | $1,600.00 |
| Invoice Total Due: | $266.67 |

Please make payable to:   Law and Psychiatry Service
Please include ref. #     Massachusetts General Hospital
1280 on check.            60 Staniford Street, Suite 1
                          Boston, MA 02114

Any questions concerning this invoice should be directed to Mary Corbett, (617) 726-8217. Thank you.

MGH Tax ID #: 04-2807148

Exhibit C
Page 10 of 20


**MASSACHUSETTS GENERAL HOSPITAL**


**HARVARD MEDICAL SCHOOL**

60 Staniford Street  
Boston, Massachusetts 02114-2517  
Tel: 617.726.5924, Fax: 617.724.2808

Law and Psychiatry Service  
*Adult Forensic Services*  
*Children & The Law Program*  
*Department of Psychiatry*

## STATEMENT

March 31, 2003




DEPARTMENT OF LAW
OFFICE OF ATTORNEY GENERAL
3RD JUDICIAL DISTRICT
ANCHORAGE, ALASKA

Invoice to:   Gail T. Voigtlander, Esq.  
State of Alaska  
Attorney General's Office, Special Litigation Sect  
1031 W. Fourth Avenue, Suite 200  
Anchorage, Alaska  99501

---

*FOR PROFESSIONAL SERVICES RE:*   Hansell et al v. Municipal School District et al

Consultant:   Ronald Schouten, M.D., J.D.

Dates:   12/1/02  -  3/31/03

Hours:   4.67

Latest Payment Date:   3/7/03

*See attached Itemization of Service Hours rendered.*

| | |
|---|---|
| Total Case Charges: | $1,866.67 |
| Current Charges: | $1,866.67 |
| Payment Received: | $1,600.00 |
| Invoice Total Due: | $266.67 |

Please make payable to:   Law and Psychiatry Service  
Please include ref. #         Massachusetts General Hospital  
1280 on check.                    60 Staniford Street, Suite 1  
                                            Boston, MA 02114

*ok to pay*  
*GV 4/28/03*

Any questions concerning this invoice should be directed to Mary Corbett, (617) 726-8217.  Thank you.

**MGH Tax ID #:  04-2807148**

Exhibit ___C___  
Page __11__ of __20__

## ITEMIZATION OF SERVICE HOURS
January 31, 2003

*Hansell et al v. Municipal School District et al*

Consultant:   Ronald Schouten, M.D., J.D.

| DATE | SERVICE RENDERED | RATE | HOURS |
|---|---|---|---|
| *Ronald Schouten, M.D., J.D.* | | | |
| 12/8/02 | Document review | $400.00 | 1.50 |
| 1/20/03 | Document review | $400.00 | 1.00 |
| 1/23/03 | Document review | $400.00 | 1.50 |
| | | SUBTOTAL: | 4.00 |
| | | **TOTAL HOURS RENDERED:** | 4.00 |

### BILL SUMMARY

| | |
|---|---|
| Dates: | 12/1/02 - 1/31/03 |
| Hours: | 4.00 |
| Current Charges: | $1,600.00 |
| Invoice Total Due: | $1,600.00 |

Invoice to:   Gail T. Voigtlander, Esq.
State of Alaska
Attorney General's Office, Special Litigation Sect
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska  99501

Please make payable to:   Law and Psychiatry Service
Please include ref. #   Massachusetts General Hospital
1280 on check.   60 Staniford Street, Suite 1
Boston, MA 02114

Any questions concerning this invoice should be directed to Mary Corbett, (617) 726-8217.  Thank you.

**MGH Tax ID #:  04-2807148**

Exhibit C
Page 12 of 20

# Nicholas B. Kletti, M.D.

5432 E. Northern Lights Blvd., #156
Anchorage AK 99508
Email: nkletti@aol.com
(907) 223-2117

Alaska Business License # 427953
Tax ID# 484805670



May 20, 2003

**INVOICE**

For professional services rendered, in re: Hansell vs. State of Alaska, et al.:

| Date | Activity | Hours spent |
|---|---|---|
| May 6, 2003 | Medical records review, discussion with Mr. Mogel and Ms. Voigtlander | 2.0 |
| May 12 | Records review | 3.75 |
| May 14 | Records review | 1.75 |
| May 15 | Email correspondence with Mr. Mogel | 0.25 |
| May 17 | Document preparation work / note review | 1.75 |
| May 20 | Records review | 2.0 |

**Total Hours @ $250/hour**      11.5

**Total Invoice Amount**      $2875.00

Ok to pay
John T. Mogel

Please note my cell phone number above for your records.

Exhibit C
Page 13 of 20

# Nicholas B. Kletti, M.D.
5432 E. Northern Lights Blvd., #156
Anchorage AK 99508
Email: nkletti@aol.com
(907) 223-2117

Alaska Business License # 427953
Tax ID# 484805670



July 15. 2004

**INVOICE**

For professional services rendered, in re: Hansell vs. State of Alaska, et al.:

| Date | Activity | Hours spent |
|---|---|---|
| March 28, 2004 | Records review | 3.5 |
| April 11 | Records review, preliminary notes for document preparation | 4.5 |
| April 12 | Writing of affidavit | 2.5 |
| April 13 | Email correspondence with Jason Mogel, rewriting of affidavit | 1.0 |
| April 26 | Phone discussion with Jason Mogel, final revisions of affidavit | 1.0 |
| **Total Hours @ $250/hour** | | **12.5** |
| **Total Invoice Amount** | | **$3125.00** |

Exhibit ___C___
Page __14__ of __20__

Ok to pay
Jason T. Mogel
7/22/04

**Pacific Rim Reporting**

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

HAND DELIVERED
3/3/03  1200 PM
ATTORNEY GENERAL'S OFFICE
ANCHORAGE CIVIL DIVISION
Anchorage, Alaska

| BILL TO: |
|---|
| Attorney General's Office<br>State of Alaska<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501 |

| ATTENTION: | J. Mogel |
|---|---|

## Invoice

| DATE | INVOICE NO. |
|---|---|
| 2/28/2003 | 03-3473 |
| **TERMS** | |
| Due on Receipt | |

**REPORTER:** BROOKING

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/21/2003 | HANSELL v MUNICIPALITY OF ANCHORAGE SCHOOL DISTRICT<br>DEPOSITION OF TIMOTHY J. MANNEN<br><br>Copy of Transcript<br>Courier | 70.30<br>6.00 |

ok to pay
Jason Mogel
3/3/03

*Thank you for using Pacific Rim Reporting.*

**Total** $76.30

Exhibit C
Page 15 of 20

# NAEGELI REPORTING CORPORATION



Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000

Phone: (800) 528-3335    www.naegelireporting.com

Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Fax: (503) 227-7123

**Bill To:**

JASON T. MOGEL, ESQUIRE
STATE OF ALASKA DEPARTMENT OF LAW
SUITE 200
1031 WEST FOURTH AVENUE
ANCHORAGE, AK  99501

Remit to Corporate Office:
2020 US Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204

**INVOICE**   44104

| DATE | CLIENT | REFERENCE | Terms: Payable upon Receipt 1.5% per month | Tax Number: 93-1079908 |
|---|---|---|---|---|
| 10/14/2003 | 12198 | 7512 | | |

Re: HANSELL                          V    ACMHS
Assignment Date: October 10, 2003

DEPOSITION OF JOSEPH D. BLOOM, M.D. - VIDEOTAPE SET

                                        Total Amount $      200.00

Thank you.

*ok to pay*
*Jason T. Mogel*

NAEGELI REPORTING CORPORATION

**Method of Payment:**
☐ Check Enclosed
    Please Make Checks Payable to:
    **NAEGELI REPORTING CORPORATION**

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Credit Card #                              Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Address (AS IT APPEARS ON BILLING STATEMENT))

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000

Phone: (800) 528-3335



www.naegelireporting.com

Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Fax: (503) 227-7123

**Bill To:**

JASON T. MOGEL, ESQUIRE
STATE OF ALASKA DEPARTMENT OF LAW
SUITE 200
1031 WEST FOURTH AVENUE
ANCHORAGE, AK  99501

Remit to Corporate Office:
2020 US Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204

**INVOICE**   44102

| DATE | CLIENT | REFERENCE | Terms: Payable upon Receipt 1.5% per month | Tax Number: 93-1079908 |
|---|---|---|---|---|
| 10/14/2003 | 12198 | 7512 | | |

Re: HANSELL                              V     ACMHS
Assignment Date: October 10, 2003

COPY/TRANSCRIPT OF JOSEPH D. BLOOM, M.D.

EXHIBIT COPIES

*ok to pay
Jason T. Mogel*

Total Amount $     787.40

TRANSCRIPT FEE: COPY/WORDLIST/CONDENSED - 232 PAGES ($603.20);
EXHIBITS ($19.20); OTHER FEES: SHIPPING AND
ARCHIVING/READ & SIGN SERVICES/DISKETTE ($165.00)

FREE VOICE FILE, FREE CD-ROM, FREE EXHIBIT SCANNING

REVISED TO REFLECT STANDARD DELIVERY - 10/24/03-RW
Thank you.

NAEGELI REPORTING CORPORATION

| Method of Payment: | Charge my credit card: | |
|---|---|---|
| [ ] Check Enclosed | [ ] VISA  [ ] MasterCard | Signature (as it appears on your credit card) |
| Please Make Checks Payable to: NAEGELI REPORTING CORPORATION | [ ] American Express | Print Name (as it appears on your credit card) |
| Credit Card # | Exp. Date | Address (AS IT APPEARS ON BILLING STATEMENT) |

Exhibit ___C___
Page __17__ of __20__

ALASKA STENOTYPE REPORTERS, INC.
511 WEST NINTH AVENUE
ANCHORAGE, AK  99501
907-276-1680



RECEIVED
OCT 1 8 2003
DEPARTMENT OF LAW
OFFICE OF ATTORNEY GENERAL
3RD JUDICIAL DISTRICT
ANCHORAGE, ALASKA

GAIL VOIGTLANDER
ATTORNEY GENERAL'S OFFICE
1031 WEST FOURTH AVENUE
SUITE 200
ANCHORAGE, AK  99501

Inv.No.
85323

Inv.Date
10/09/2003     1461    A03-101 (RRB)

Re: STEPHEN HANSELL v MOA, ET AL
Assignment Date: September 30, 2003


DEPOSITION OF: DORIS J. ROSS

```
ONE COPY                     76.0  Pages @    1.60        121.60
PHOTOSTATIC EXHIBITS                                        3.50
                                                       ==========
                                       Total Amount $     125.10
```

PAYMENT DUE UPON RECEIPT OF INVOICE

*ok to pay*
*GV 10/22/03*

ALASKA STENOTYPE REPORTERS, INC.
Federal Tax Id#: 92-0082177

Exhibit __C__
Page __18__ of __20__

```
             ALASKA STENOTYPE REPORTERS, INC.
                   511 WEST NINTH AVENUE
                    ANCHORAGE, AK  99501
                       907-276-1680
```

GAIL VOIGTLANDER
ATTORNEY GENERAL'S OFFICE
1031 WEST FOURTH AVENUE
SUITE 200
ANCHORAGE, AK   99501                                    Inv.No.
                                                          85318

Inv.Date
10/09/2003     1461    A03-101 (RRB)

Re: STEPHEN HANSELL v MOA, ET AL
Assignment Date: September 30, 2003


DEPOSITION OF: CAROL S. COMEAU

ONE COPY                     82.0  Pages @    1.60       131.20
PHOTOSTATIC EXHIBITS                                       2.80
                                                       ==========
                                    Total Amount $       134.00
PAYMENT DUE UPON RECEIPT OF INVOICE

```
             ALASKA STENOTYPE REPORTERS, INC.
                Federal Tax Id#: 92-0082177
```

*OK to pay*
*GV 10/22/03*

Exhibit C
Page 19 of 20

```
                ALASKA STENOTYPE REPORTERS, INC.
                     511 WEST NINTH AVENUE
                      ANCHORAGE, AK  99501
                         907-276-1680




GAIL VOIGTLANDER
ATTORNEY GENERAL'S OFFICE
1031 WEST FOURTH AVENUE
SUITE 200
ANCHORAGE, AK  99501                              Inv.No.
                                                   85313


Inv.Date
10/09/2003     1461   A03-101 (RRB)

Re: STEPHAN HANSELL v MOA, ET AL
Assignment Date: September 29, 2003


DEPOSITION OF: ARCHIE O'BLENNESS

ONE COPY                    64.0  Pages @   1.60      102.40
PHOTOSTATIC EXHIBITS                                    0.35
                                                   ==========
                                  Total Amount $      102.75
PAYMENT DUE UPON RECEIPT OF INVOICE
```

OK to pay
GV 10/22/03

ALASKA STENOTYPE REPORTERS, INC.
Federal Tax Id#: 92-0082177

Exhibit __C__
Page __20__ of __20__