UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HANSELL, et al.   v.   ANCHORAGE SCHOOL DISTRICT, et al.

DATE:   June 13, 2006   CASE NO.   3:03-cv-0101-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING MOTION TO ALLOW LATE FILING**

---

      The individual API Defendants' unopposed Motion to Allow Late Filing of Motion for an Award of Attorney Fees (Docket 5) is hereby **GRANTED.** The Motion for an Award of Attorneys' Fees and Costs (Docket 3) is deemed filed and served this date.

M.O. GRANTING LATE FILING