UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HANSELL, et al.   v.   ANCHORAGE SCHOOL DISTRICT, et al.

DATE:   July 6, 2006   CASE NO.   3:03-cv-0101-RRB

THE HONORABLE JAMES K. SINGLETON

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING ATTORNEY FEES AND COSTS**

Before the Court is the unopposed Motion for an Award of Attorneys' Fees and Costs filed by the individual API Defendants. Said motion is hereby **GRANTED**. Defendants are awarded partial attorney fees in the amount of $15,780.00, partial paralegal fees in the amount of $1,575.00, and costs in the amount of $7,422.55.

M.O. GRANTING FEES AND COSTS