DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
(907) 269-5190
Attorney for Burns, Maile, Perdue, Smith, and Thomson in their individual capacities

APR 18 2005
FILED

MAY 1 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STEPHAN HANSELL, et al.,  )
                          )
        Plaintiffs,       )
                          )
    v.                    )
                          ) Case No. A03-0101 CV(RRB)
ANCHORAGE SCHOOL DISTRICT, et al., )
                          )
        Defendants.       )
_____)
ANCHORAGE SCHOOL DISTRICT, )
                          )
    Third-Party Plaintiff, )
                          )
    v.                    )
                          )
JASON PRITCHARD,          )
                          )
    Third-Party Defendant. )
_____)

### DEFENDANTS' FINAL JUDGMENT

Pursuant to this court's Order dated December 17, 2004, granting defendants' Motion for Summary Judgment and there being no just reason for delay, it is hereby ordered that Judgment is Entered in Favor of the Individual API Defendants.

234

The Judgment may be amended to reflect any future award of attorneys' fees. The award is as follows:

    A.   Partial Attorneys' Fees   $ 15,780.00

    B.   Partial paralegal fees Costs   $ 1,575.00

    ~~Total Judgment~~   $ 7,422.55

    C.   Post Judgment Interest Rate   3.33 %

    Total Judgment   $ 24,777.55

Dated: May 12, 2005

                          James K. Singleton Jr.
                          Judge of the U.S. District Court

PD 5/12/05

A03-0101--CV (RRB)      J. WENDT

R. WEINIG (PLETCHER)
B. OWENS (JERMAIN)
D. COOPER (USA)

API Order Final Judgment
Hansell v. U.S. America et al.
A03-0101 CV (JKS)
Page 2 of 3

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100